MARY H. HAAS (State Bar No. 149770)
  maryhaas@dwt.com
JOHN D. FREED (State Bar No. 261518)
  jakefreed@dwt.com
MATTHEW E. LADEW (State Bar No. 318215)
  mattladew@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

JOSEPH VANLEUVEN (*admitted pro hac vice*)
  joevanleuven@dwt.com
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon  97205
Telephone:  (503) 778-5325
Fax:  (503) 701-0023

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| U.S. BANK NATIONAL ASSOCIATION, | Case No. 1:24-cv-01105-JLT-SKO |
|---|---|
| Plaintiff, | **DECLARATION OF DAVID STAPLETON IN SUPPORT OF U.S. BANK NATIONAL ASSOCIATION'S *EX PARTE* MOTION FOR ORDER APPOINTING RECEIVER, TEMPORARY RESTRAINING ORDER, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| vs. | |
| TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVNEUE INVESETMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC, | (Fed. R. Civ. Proc. 7.1)

Action Filed : September 18, 2024 |
| Defendants. | |

## DECLARATION OF DAVID STAPLETON

I, David Stapleton, under penalty of perjury, make the following declaration in support of Plaintiff U.S. Bank, National Association's ("**Plaintiff**" or "**U.S. Bank**") motion for an order for appointment of a receiver in this case:

1.  I am informed that I have been nominated by Plaintiff U.S. Bank to act as Receiver in this matter, with respect to the "Personal Property" and with the "Real Property", collectively the "Receivership Property"), as specifically identified in the proposed order appointing receiver, submitted herewith, which I have reviewed.  I have personal knowledge of the matters set forth in this declaration and, if I were called upon to testify, I could and would testify competently thereto.

2.  I have over 15 years of experience in the field of agricultural and commercial industries and affiliate enterprises, including operating farming properties and crops.  I have served as a state court receiver, as well as a trustee and plan administrator in bankruptcy cases, on numerous occasions with regard to farming operations.  A true and correct copy of my summary of representative matters served is attached hereto as Exhibit 1.  Also attached hereto as Exhibit 2 is a true and correct copy of my current resume.

3.  As a Receiver, I have managed multiple distressed agribusiness matters in the Central Valley of California including dairies, vineyards, nuts (including almonds, pistachios and pecans), citrus trees (including lemon and orange groves), tomatoes, broccoli, lettuce, garlic, table grapes, and other crops, to quickly stabilize the asset and preserve the value of the collateral. My takeover activities included: securing all estate property and cash collateral, preserving the health of the herd/crop, stabilizing dairy/farm operations, directing all management activities, implementing financial and reporting protocols, and preparing a business plan and exit strategy.

4.  In one representative matter, as Receiver for almond and pistachio ranches in the Central Valley, I managed all farming and processing operations and leases. My team and I worked with the County of Merced and multiple agencies and third parties to investigate selling or transferring the property's valuable water rights.

5.  I also served as Receiver for approximately 4,800- acres of almond and citrus groves also located in the Central Valley, where I managed farming operations and oversaw cash flow and

2

critical expenses, collection of crop, production efforts and the sale of crop. I was responsible for managing staff, sales, cash flow and ongoing financial analysis related to collateral, including building a sales plan and inventory and A/R rollforwards to project ultimate recovery and timing.

6.     On another matter, I also served as financial advisor for a raisin farming and packing operation and built financial models and forecasts to determine the company's ability to meet debt obligations. This ultimately led to the successful refinancing of the company.

7.     I also served as Receiver of a bank-owned operating winery and vineyard after the owner abandoned the business prior to harvest. I managed the harvest, maintaining full-service care of the vines and surrounding property, including soil and land. I created a market for the grapes and subsequently sold the crop. After the harvest was completed, I negotiated and sold the land via a comprehensive marketing process.

8.     I have served as a court-appointed receiver, financial advisor or chief restructuring officer in various other agribusiness matters, including operations with annual revenues exceeding $200 million.

9.     I am highly experienced in managing buyer diligence efforts and sell-side M&A transactions. I have lead multiple deals in which a going concern sale or liquidation was effectively executed.

10.     I am not a party or a person interested in this action nor am I related to any judge or commissioner of the Court and can therefore be appointed as the receiver without the written consent of the parties herein.

11.     I am familiar with the Receivership Property and characteristics thereof.  I am fully qualified to serve as the receiver over the Receivership Property in this matter.  My receivership rate is $450 per hour.  I will also be hiring the Stapleton Group to assist me in this matter and its rates are set forth on Exhibit 3 to this Declaration.

12.     I have no contract, agreement, arrangement, either in writing or otherwise, with the Plaintiff regarding the following:

(a)  The role of the receiver with respect to the property following a trustee's sale or termination of a receivership, without specific court permission;

3

**DECLARATION OF DAVID STAPLETON**
**Case No. 1:24-cv-01105-JLT-SKO**

(a) The role of the receiver with respect to the property following a trustee's sale or termination of a receivership, without specific court permission;

(b) How the receiver will administer the receivership or how much the receiver will charge for services or pay for services to appropriate or approved third parties hired to provide services;

(c) Who the receiver will hire, or seek approval to hire, to perform necessary services; or

(d) What capital expenditures will be made on the property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on this _16_ day of September 2024 at _____ San Diego, CA _____.

_____
David Stapleton

**DECLARATION OF DAVID STAPLETON**
Case No.
4857-4311-1653v.1 0095862-000055

4

# EXHIBIT "1"

**Exhibit "1"**





## AGRICULTURAL ADVISORY SERVICES

**Solving Problems since 2008**

for Creditors, Companies, Shareholders & Counsel

**stapletoninc.com**

info@stapletoninc.com

213.235.0600

Los Angeles    |    San Diego    |    Seattle    |    Phoenix    |    Las Vegas    |    Denver    |    Boston



## OUR SOLUTIONS

### Businesses Encounter Financial Challenges for Many Reasons

Stapleton Group quickly gets to the root of the problem, implements a strategic plan, and achieves resolution. Our team of 28 dedicated professionals overcomes impasses, fixes operational issues, and controls the collateral along the way.

Receiverships

Financial Advisory / QofE's

ABCs

Out-of-Court Restructurings

Chief Restructuring Officer (CRO)

Ch. 11 Bankruptcy

Liquidations

Federal Regulatory Receiverships

Litigation Support

Private Fiduciary

**15** Years

**600+** Engagements

**$4.0B+** Aggregate Assets





## FIDUCIARY SERVICES

When a company faces insolvency or severe operating challenges, Stapleton's in-house team of receivers and consultants quickly implements a well-designed strategic plan to maximize the recovery for stakeholders.

We work until a successful recovery is achieved, resolving obstacles and keeping everyone informed along the way.

Receiverships

ABCs

Federal Regulatory Receiverships

Ch. 11 Bankruptcy

Liquidations

Litigation Support

Private Fiduciary

## Our Proven Process



**Take Control of Operations**
Minimize additional losses and maximize capital recovery



**Troubleshoot**
Determine the sources of the borrower's problems



**Develop a Strategic Plan**
Remedy issues hindering operating or limiting asset value



**Manage Communications**
Facilitate communication and informed decisions



**Achieve Recovery**
Refinance, sell as a going-concern or liquidate

**SOLVING PROBLEMS ACROSS THE U.S.** | Agribusiness, Real Estate, Construction, Healthcare, Manufacturing, Distribution, Hospitality, Retail, Restaurants, IP, Media, Technology, Engineering

stapletoninc.com   |   213.235.0600





## FINANCIAL ADVISORY SERVICES

When a business's solvency is questionable, we unravel the financials and operating drivers. Banks, alternative lenders, shareholders and counsel call us to cut through the noise and determine:

- Is the business viable?
- Should additional funds be advanced?
- Can the business be right-sized?
- Should the business file Chapter 11?

## Our Comprehensive Services



**Turnaround Consulting / CRO**
Right-size the business, resolve outstanding issues with creditors and other third parties, restructure debt or sell the business



**Forensic Accounting**
Trace cash to uncover fraud, embezzlement or other illegal activities



**Litigation Support**
Provide supporting documentation, assist with strategy and serve as expert witness



**Due Diligence & Quality of Earnings**
Investigate and validate the drivers behind the financial statements



**Profitability & Cash Flow Analysis**
Determine the business's solvency and approximate valuation

Turnarounds

CRO

Quality of Earnings Analyses

Ch. 11 Bankruptcy

Liquidations / Ch 7 Bankruptcy

Litigation Support

**SOLVING PROBLEMS ACROSS THE U.S.** | Agribusiness, Real Estate, Construction, Healthcare, Manufacturing, Distribution, Hospitality, Retail, Restaurants, IP, Media, Technology, Engineering

stapletoninc.com   |   213.235.0600





STAPLETON GROUP

## REAL ESTATE SOLUTIONS

When real estate intensive businesses encounter financial distress, Stapleton Group is the 1-stop solution - from completion of construction to property repositioning to asset disposition. Astute focus on managing operations optimizes income opportunities as we design and implement a strategic plan to maximize the capital recovery for creditors and shareholders.

Receiverships

Ch. 11 Bankruptcy

Out-of-Court Restructurings

Federal Equity Receiverships

Shareholder Disputes

Trusts & Estates

## Our Real Estate Services



**Property Management**
Maintenance / capital improvements, code-compliance, tenant relations, leasing, HOA, accounting and reporting



**Development / Construction**
Entitlement services, construction management, regulatory approvals, projections and feasibility



**Brokerage**
Manage leasing and property sales; retain and manage third-party brokers



**Asset Disposition**
From pre-marketing through contract and title management



**Environmental / Regulatory**
Aggressively pursue resolution of outstanding environmental and regulatory issues



**Dispute Resolution**
Work with legal counsel to resolve disputes between shareholders, creditors, tenants and vendors

**1,000+ PROPERTIES RESOLVED ACROSS THE U.S.** | Agribusiness, Hotels / Hospitality, Healthcare Facilities, Residential, Multi-Family, Retail, Restaurants, Warehouses, Office, Land, Golf Courses, Manufacturing Plants

stapletoninc.com   |   213.235.0600



STAPLETON
GROUP

## DAVID P. STAPLETON, CPA, CLPF
**President**



**David Stapleton** is a nationally-recognized federal receiver, trustee and restructuring expert. He and his team resolve complex problems caused by non-performing commercial loans and shareholder disputes. In representing creditors, business owners and legal counsel, David quickly identifies the obstacles between the parties involved and implements actions to overcome impasses. His expertise spans receiverships; assignments for the benefit of creditors (ABCs); bankruptcy plan administration and liquidations; federal equity receiverships; and, financial advisory.

Lenders, creditors and attorneys turn to David for his strategic approach to maximizing financial recovery, rather than simply following the most obvious path. He has led the successful resolution of over one hundred troubled business and real estate projects, exceeding his clients' expectations numerous times.

David founded Stapleton Group in 2008 to provide clients with a single-source solution when faced with business or real estate-related problem loans or shareholder disputes.

David began his career at PricewaterhouseCoopers, LLP where he was a CPA providing financial and restructuring services for Fortune 500 clients. He worked from PwC's New York, London, Frankfurt and Southern California offices. He then served as a director at a national provider of workout services and worked at a subsidiary of Leucadia National Corporation where he underwrote and acquired businesses and land, condominium and resort assets.

### Education & Certificates

- San Diego State University, MBA

- Tulane University
  - B.S. Management, concentration in Accounting
  - ROTC scholarship

- Certified Public Accountant (CPA), New York

- Licensed Professional Fiduciary, California Department of Consumer Affairs (CLPF)

---

**david@stapletoninc.com**
**213.235.0601**



# DAVID KIEFFER
## Senior Managing Director, Agriculture Services



**David Kieffer** is an accomplished court-appointed receiver and restructuring consultant. He delivers effective solutions for complex situations caused by illiquidity, fraud, and shareholder disputes. Whether serving as a fiduciary or advising creditors, shareholders, or other stakeholders, David quickly uncovers the underlying sources of the problems then designs and manages a path to resolution.

As Senior Managing Director, Agriculture Services, David serves as a fiduciary and financial advisor in the agriculture, agribusiness and dairy industries. His nuanced understanding of operations, assets, environmental and regulatory issues, and real estate brokerage results in practical and efficient solutions.

David's experience spans a wide range of agriculture businesses and operations, including fruit and vegetable row crops, feed crop, flower crop, hemp/cannabis, and mushroom farms, among others. In the agribusiness sector, he has advised and/or liquidated packing houses, food and animal production plants, heavy machinery, wineries, cold storage, and more.

David has served as court appointed receiver or financial advisor for dairy operations with 5,000 to 80,000 head of cattle. He leads all aspects of finance and operations, including managing cows, milk production, milk contracts, feed farming and procurement, sales of animals, waste management, digestors, lagoon, and environmental requirements.

**Education**

- University of Denver, MBA
- Michigan State University, B.S.

dkieffer@stapletoninc.com
213.235.0602



# NEAL GLUCKMAN, CPA, CFF, CIRA
## Senior Managing Director

**Neal Gluckman**, a forensic accountant and expert witness, provides lenders, equity investors and legal counsel with the financial information they need to make informed decisions. His quick assessments of a company's current and prospective cash flow allow clients to establish go-forward strategies and resolve disputes. Neal leads the firm's Financial Advisory Services practice working in the Seattle, Washington and Los Angeles, California offices.

Lenders and investors frequently seek Neal's assistance in assessing the future performance of their portfolio assets. He adeptly provides loan monitoring services for due diligence and workout assignments and serves as a court-appointed examiner for Chapter 11 cases. Neal also performs investigations to identify preferences and fraudulent conveyances and provides expert testimony regarding solvency, damages, tracing funds, cash collateral and other financial matters.

After serving as a senior manager at a Big 4 public accounting firm, Neal was a partner for 20 years in a regional public accounting firm in Los Angeles.  He led the firm's Investigative Auditing Department, serving as the engagement partner on numerous forensic assignments. Neal is active in the turnaround and restructuring community and served on the California Society of CPAs' committee on fraud. He taught accounting for Pepperdine University's graduate and undergraduate programs.



## Education & Certificates

- Pepperdine Graziadio School of Business and Management, MBA

- California State University, Northridge, B.S. Accounting, Magna Cum Laude

- Certified in Financial Forensics (CFF), AICPA

- Certified Insolvency & Restructuring Advisor (CIRA), AIRA

- Certified Public Accountant (CPA), California

---

**ngluckman@stapletoninc.com**
**213.404.0110**



# JAKE DIIORIO
## Managing Director

**Jake Dilorio**, a seasoned restructuring expert and court-appointed fiduciary, is instrumental in resolving complex turnarounds, receiverships, and loan workouts for operating businesses and real estate entities. He designs and implements strategies to repair fractured relationships between debtors, creditors and other stakeholders to achieve the best outcomes for all parties involved.

Jake applies deep experience as a fiduciary to manage projects ranging from solvency analyses to comprehensive receiverships and chapter 11 restructurings. Upon taking control of operations, he works closely with management to assess financial and operational viability in order to design the optimal path to recovery, ranging from recapitalizations to going-concern sales, asset dispositions and liquidations. He provides clients with key reports throughout the process to facilitate informed decisions.

Prior to joining the Stapleton Group in 2010, Jake was a senior auditor at Ernst & Young in New York, NY, where he specialized in valuation analysis for Fortune 500 companies across multiple industries.



### Education

- Syracuse University, Martin J. Whitman School of Management,
  - B.S., Accounting

---

jdiiorio@stapletoninc.com
**213.235.0609**



# AUDREY NEFKENS
## Director

**Audrey Nefkens,** applies over 25 years of accounting, property management, and operations experience to expertly manage the pre-existing accounting and operations staffs of businesses in receivership or undergoing restructuring.  She ensures rents and other receivables are collected, oversees accounts payable, manages on-site teams, and establishes cohesive vendor and tenant relationships.

As a key member of Stapleton's team, Audrey is equally successful in managing real estate assets and manufacturing and service companies.  She has managed real estate assets ranging from residential and commercial properties to large cattle farms and a United States Customs and Border Protection property requiring security clearance from the U.S. Government.

Before joining Stapleton Group, Audrey was the accounts receivable manager for a large food manufacturer and distributor and a major furniture retailer.



### Education

- Chaffey College
  - A.A.., Accounting

- West Los Angeles College
  - A.A.., English

anefkens@stapletoninc.com
213.995.6157



**OUR TEAM**



**David Stapleton** | **President** | david@stapletoninc.com

David is a nationally-recognized federal receiver, trustee and restructuring expert. He resolves complex problems caused by non-performing commercial loans and shareholder disputes. In representing creditors, business owners and legal counsel, David quickly identifies the obstacles between the parties involved and implements actions to overcome impasses. His expertise spans receiverships, ABCs, bankruptcy plan administration and liquidations, federal equity receiverships, and financial advisory.



**David Kieffer** | **Senior Managing Director** | dkieffer@stapletoninc.com

David is an accomplished turnaround consultant, managing the repositioning of distressed businesses across wide-ranging industries. He specializes in real estate intensive situations, applying experience spanning case management, property management, dispute resolution, asset disposition and brokerage for all classes of real estate assets. Whether serving as a fiduciary or advising business or property owners, he quickly uncovers the sources of the problems then designs and manages a path to resolution.



**Neal Gluckman** | **Senior Managing Director** | ngluckman@stapletoninc.com

Neal is a forensic accountant and expert witness. He provides lenders, equity investors and legal counsel with the financial information they need to make informed decisions. His quick assessments of a company's current and prospective cash flow allow clients to establish go-forward strategies and resolve disputes. Neal leads the firm's Financial Advisory Services practice, providing loan monitoring services in due diligence and workout assignments, serving as court-appointed examiner in Chapter 11 cases, fraud investigations and expert testimony.



**Jake Dilorio** | **Managing Director** | jdiiorio@stapletoninc.com

Jake is a seasoned restructuring professional and court-appointed fiduciary. He is instrumental in resolving complex turnarounds, receiverships, and loan workouts for operating businesses and real estate entities. Upon taking control of operations, he works closely with management to assess financial and operational viability, then designs the optimal path to recovery, ranging from recapitalizations to going-concern sales, asset dispositions, and liquidations. Throughout the process, Jake carefully manages communications and repairs fractured relationships.



## OUR TEAM



**Mike Bergthold** | **Managing Director** | mbergthold@stapletoninc.com

Mike is a highly-experienced turnaround executive. He reduces complex problems into actionable plans to drive immediate and measurable positive results. He leverages over 30 years of experience advising public and private companies on strategy, finance and accounting to serve as CRO, financial advisor, interim executive or in a strategic board role for troubled companies. Mike manages all aspects of designing and implementing restructuring strategies, leads capital raises and negotiates with lenders and investors.



**Jorge Sorokin** | **Director – Operations Advisory Services** | jsorokin@stapletoninc.com

Jorge is an internationally respected performance improvement consultant. He applies decades of experience to guide distressed companies and growing businesses through operational restructurings and optimizations. He develops corporate infrastructures and scalable, repeatable methodologies resulting in sustainable growth for manufacturing, distribution, and service companies across the globe. Jorge delivers supply chain and lean management practices, strategic planning, technology transfers, onshoring, change management, project management, and P&L management.



**Audrey Nefkens** | **Director – Property Management** | anefkens@stapletoninc.com

Audrey applies over 25 years of accounting experience to expertly manage the pre-existing accounting and operations staff of businesses in receivership or undergoing restructuring.  She ensures rents and other receivables are collected, oversees accounts payable, and establishes good vendor and tenant relationships. Audrey is equally successful at managing income-producing real estate assets and operating companies in the manufacturing and service industries.



**Stephen Potts** | **Director – Financial Advisory** | spotts@stapletoninc.com

Stephen is a seasoned turnaround professional who resolves financial and operational inefficiencies that stress cash flow as well as a company's ability to fulfill debt service obligations. He assesses quantitative and qualitative data and applies insights gained through in- and out-of-court turnarounds and restructurings to optimize outcomes. Stephen has delivered tailored solutions for companies in the energy, infrastructure, retail, and manufacturing industries, among others, and has consummated numerous M&A transactions for distressed and healthy businesses.



## OUR TEAM



**Joan Hadeed, CPA, CIRA | Director – Financial Advisory | jhadeed@stapletoninc.com**

Joan is a skilled CPA and turnaround consultant with public and private accounting and financial advisory experience. She provides the critical analyses that lenders, creditors, shareholders, and management teams need to design strategic plans for insolvent debtors. She provides the analyses critical for successful out-of-court restructurings and reorganizations under bankruptcy.  She also provides liquidation analyses to assess viable options for troubled debtors and works with banks and attorneys throughout the bankruptcy and receivership processes.



**Kenton Johnson | Director | kjohnson@stapletoninc.com**

Kent is a respected receiver and banker. He applies proven processes developed over his 40-year career to resolve problem commercial and real estate loans and real estate projects. Kent has been appointed receiver in Federal District Court regulatory actions and in State Court real estate and business asset recovery actions involving wide-ranging asset classes. He has served as referee of commercial real estate partition actions and on dozens of receivership teams operating in both federal and state courts for regulatory, real estate and commercial litigation.



**Betsy Landoll | Director | blandoll@stapletoninc.com**

Betsy leverages experience advising global and domestic corporations and private equity firms in mergers & acquisitions, real estate transactions, innovative technology ventures, and product development to help companies and their capital sources resolve strategic challenges. Her industry knowledge spans real estate, media, healthcare, technology, and retail. Betsy began her career in PwC's Transactions Advisory Group and is a licensed CPA in California (inactive).



**Matthew Flahive | Director | mflahive@stapletoninc.com**

Matthew is an experienced financial analyst specializing in fiduciary services, court appointed receiverships, financial restructurings and business crisis management. He provides troubled operating businesses and their lenders and stakeholders with the necessary financial reporting and operational projections for data-driven decisions and serves as project manager in the implementation of tactics to achieving operational turnarounds and liquidations.



**OUR TEAM**



**Rick Dutkiewicz** | **Director** | rdutkiewicz@stapletoninc.com

Rick is an accomplished turnaround professional who develops and implements strategies to resolve operational inefficiencies that stress cash flow. He applies over 30 years of experience as CFO of and advisor to public and private companies to quickly assess the dynamics compromising performance and implement the appropriate resolution. Rick has completed multiple successful turnarounds involving out-of-court and Ch. 11 bankruptcies and sell side M&A.



**Phil Cutting** | **Director – Hospitality Services** | pcutting@stapletoninc.com

Phil is a highly-successful business operator and consultant with over 40 years of experience. He advises on complex receiverships, turnarounds and liquidations. His diverse background spans operating companies with annual sales from $200 million to $1 million, large and small hotels, office buildings, retail properties, multi-family housing, marinas and golf courses. Phil coordinates with legal and technical consultants to achieve the best possible outcomes for clients and has managed engagements valued at over $2 billion during the past 25 years.



**Michael Husted** | **Chief Operating Officer** | mhusted@stapletoninc.com

Michael is a detail-orientated manager with over 15 years of operations and business development experience across multiple industries. He applies strong communication and leadership skills, process improvement tactics and workflow optimization methods to elevate operational efficiencies. Michael leads both project-focused and corporate initiatives with precision by following strategic management opportunities and utilizing technology.



**Yenni Liang , MBA** | **Controller** | yliang@stapletoninc.com

Yenni applies over 20 years of experience in real estate-related accounting, financial management, project management, and profitability to manage the firm's accounting operations. She guides strategic accounting decisions, continuously improves workflows and controls, and ensures compliance with all financial reporting requirements. Before joining Stapleton, Yenni served as controller at companies, including a property management firm, where she coordinated the accounting and finance for more than 200 residential properties.



## OUR TEAM



**Chuck Nguyen** | **Asst. Controller** | <u>cnguyen@stapletoninc.com</u>

Chuck is a highly skilled accountant with over 22 years of experience. He applies accounting, tax, and analytical skills with superb attention to detail to ensure accounting and financial processes are legally compliant and in accordance with best accounting practices.



**Alicia Rodmel** | **A/P & A/R Specialist** | <u>arodemel@stapletoninc.com</u>

Alicia applies over 15 years of accounting experience to manage Accounts Payable and Accounts Receivable for the firm and its clients. Prior to joining Stapleton, Alicia served as an Accounts Payable Specialist, Bookkeeper and Payroll Specialist, and Accountant at wide-ranging large and small companies. Alicia is fluent in Spanish.



**Ryan Belden** | **Associate Director** | <u>rbelden@stapletoninc.com</u>

Ryan applies deep credit and transactional skills gained in the banking industry to support Stapleton Group's senior management on Financial Advisory engagements and internal operations. During his banking career, Ryan was involved in numerous leveraged ESOP transactions, recapitalizations and growth financings, and assisted in underwriting over $100 million C&I loan commitments.



**Cathy Garnica** | **Associate Director** | <u>cgarnica@stapletoninc.com</u>

Cathy leverages significant real estate transactional experience to transform and liquidate troubled real estate assets and ventures, achieving the best possible outcomes for clients. She skillfully provides the financial analysis necessary to make informed decisions, drafts and reviews documents and contracts, manages title and escrow issues and serves as liaison between the many parties involved through closing.



## OUR TEAM



**Nicholas Hoffmann** | **Associate Director** | nhoffmann@stapletoninc.com

Nick applies deep experience in project management to support Stapleton Group's senior management for successful client outcomes. He carefully manages the day-to-day operating issues of wide-ranging engagements including receiverships, Federal Regulatory Receiverships, bankruptcies and out-of-court restructurings.



**Olivia Jones** | **Associate Director** | ojones@stapletoninc.com

Olivia is a skilled consultant and accountant with expertise in financial analysis, forecasting, modeling, project and client management, and domestic and international corporate taxation. She leverages her background to support Stapleton Group's senior management on Financial Advisory engagements and internal operations. Olivia previously was with Alvarez & Marsal Taxand, LLC in Washington, D.C.



**Justin Picardi** | **Associate Director** | jpicardi@stapletoninc.com

Justin draws on his background in structured finance and Mortgage-Backed Securities consulting to support Stapleton Group's senior management on complex restructuring and real estate engagements. He applies deep experience in real estate finance and complex discounted cash flow modeling to analyze stakeholders' positions and present quantifiable, impactful solutions.



**Cooper Plyler, CPA** | **Associate Director** | cplyler@stapletoninc.com

Cooper leverages his public and private accounting background to support Stapleton Group's senior management on complex restructuring and receivership engagements. He assesses finance departments, analyzes significant transactions, investigates financial records and internal controls, and provides stakeholders with financial reporting and operational projections for data-driven decisions. Cooper began his professional career at Deloitte, earning the position of Manager.



## OUR TEAM



**Bud Ross** | **Associate Director** | bross@stapletoninc.com

Bud applies years of experience building long-term value for companies across diverse industries, including business services, hospitality, technology, and real estate, to support Stapleton Group's senior management by managing day-to-day operations for a wide range of engagements. Bud started his career with a restaurant group where he turned around operations, doubling revenues in one year, and structured four M&A transactions.



**Chase Stroman** | **Senior Associate** | cstroman@stapletoninc.com

Chase contributes to wide-ranging client work as well as the firm's operations. He supports Stapleton Group's senior management and client teams in the areas of project management, property management, operations, and reporting. Prior to joining Stapleton Group, Chase gained organizational design and business administration skills in the areas of equipment and property liquidations and auctions, retail operations, inventory management, and customer service.



**Deborah Burger** | **Paralegal, Senior Associate** | dburger@stapletoninc.com

Deborah, a certified paralegal with 40 years of experience, manages the firm's court and property management reporting, court calendars, document control and analysis, and database management. She also drafts legal pleadings and correspondence, taking great care to keep clients informed in a timely fashion.



**Jacki Arkfeld** | **Marketing & Executive Administrator** | jarkfeld@stapletoninc.com

Jacki supports the firm's marketing and business development activities and senior management. She works closely with Stapleton's COO on continuous operating improvements, assists with client prospecting, and organizes internal meetings and communications.

# EXHIBIT "2"

**Exhibit "2"**

**S T A P L E T O N**
G R O U P

# DAVID P. STAPLETON

david@stapletoninc.com                                            515 S. Flower Street, 18th Floor
+1.213.235.0609                                                  Los Angeles, CA 90071

## BUSINESS

**Stapleton Group**                                    *Los Angeles, Seattle, San Diego, & Las Vegas*
*President*                                                          ***2008 – Present***

Provide court-appointed fiduciary and consulting services including receivership, financial advisory, interim CEO / CFO / CRO, bankruptcy, forensic accounting, business, and real estate management.

- Serve as Receiver of approximately 4,800 acres of almond and citrus groves located in Central Valley of California (Kern and Fresno Counties). Managed farming operation, producing approximately 5MM pounds of almonds and 2MM pounds of citrus annually. After the business had defaulted on over $80MM of debt, comprised of real estate loans and an operating line of credit, Stapleton was appointed during the harvest season to oversee cash flow and critical expenses, collection of the crop, production efforts, and sale of crop to maximize recovery for the secured creditor extending the line of credit. Stapleton addressed significant past-due payables > $1 MM with utility providers and resolved access to groundwater with irrigation districts threatening removal of water allocation. Stapleton was responsible for managing staff, sales, cash flow, and ongoing financial analysis related to collateral, including building sales plan, inventory, and A/R roll forwards to project ultimate recovery and timing. Stapleton prepared a budget for cultural costs to lead the cultivation plan for the preservation of the trees during dormant months and to maintain the crop for future harvests and potential sales.

- Served as financial advisor for a distressed $100MM contract manufacturer of natural and organic consumer products over advanced on its line of credit. The company had complex, sophisticated production and packaging processes for rice milk, rice syrup, rice syrup solids, and other products. Collaborated with management to manage cash flow, negotiate forbearance, and provide comfort to the bank regarding the company's complex costing system during a sales process.

- Management of multiple distressed agribusiness matters in the Central Valley of California including dairies; vineyards, nuts including almonds, pistachios and pecans, citrus trees including lemon and orange groves, tomatoes, broccoli, lettuce, garlic, table grapes, etc. to quickly stabilize the asset and preserve the value of the collateral. Takeover activities included: securing all estate property and cash collateral; preserving the health of the herd/crop, stabilizing dairy/farm operations; directing all management activities; implementing financial and reporting protocols; and preparing a business plan and exit strategy.

- As receiver of a ranch in the Central Valley, Stapleton managed all farming operations and leases, including processing significant almond and pistachio crops. We worked with the County of Merced and multiple agencies and third parties to investigate selling or transferring the property's valuable water rights.

- Served as financial advisor for a raisin farming and packing operation and built financial models and forecasts to determine the company's ability to meet debt obligations. Successfully led the refinancing of the company.

- Served as Receiver of a bank-owned operating winery and vineyard after the owner abandoned the business prior to harvest. Managed the harvest, maintaining full-service care of the vines and surrounding property, including soil and land. Created a market for the grapes and subsequently sold the crop. After the harvest was completed, negotiated, and sold the land via a comprehensive marketing process.

- Audit and monitor agricultural operations for over 40,000 date and ornamental palm tree ranches in multiple locations across Southern California.

- Served as Receiver for Vintage Dairy, $12 million dairy facility located in Fresno, CA permitted for 3,000 cows. Managed farm, finance and accounting functions, cash flow, and critical feed requirements. Stabilized farm operations and preserved the health of the livestock. Led cooperative process with the borrower to sell the facility.

- Served as Chief Restructuring Officer for lender in bankruptcy of Zacky & Sons Poultry, LLC (Central District of California; Case No. 2:18-bk-23361-RK), a business that grew, processed, packaged, and sold chicken and turkey products; led disposition of all real property assets, including hatcheries, ranches and processing facilities. Worked with family ownership, other lenders, and interested parties.

- Served as Receiver of a $75MM vertically integrated dairy business operating multiple farms with approximately 20,000 head of cattle. The business has been in Chapter 11 and had failed to liquidate assets pursuant to the Bankruptcy Court's ruling. Served as interim CEO/CFO while simultaneously selling the farms, animals, and transport assets in a timely manner. The complex process involved significant coordination between stockyards, auctions yards, ranch hands, long haul trucking, buyers, brokers, the defendant's accounting team, dairy cooperatives, veterinarians, and feed suppliers.

- Served as consultant for large mushroom farm and distributor in Eastern Washington; led all financial and operational analysis during the period of significant financial hardship; stabilized, re-forecasted, and monitored all construction activity related to $40 MM new state-of-the-art farm construction project; deployed significant operational support to company's management team and performed a detailed analysis of sales and distribution components of business; developed cash flow forecast /

**STAPLETON**
G R O U P

financial models as a tool for the lender to monitor performance and make informed decisions to fund operation and complete construction of the new farm.

▪ Served as Interim CEO / CRO of a $100+ million national distributor of bedding plants, shrubs, and ornamental plants from post-acquisition through 363 bankruptcy auction. Managed operations spanning 5 million square feet of greenhouses on thousands of acres across approximately 14 farm and land locations throughout Texas and California; agriculture licenses, city permits and water rights throughout Texas, California, and Arizona; and over 1,000 employees. Led finance, operations, production, distribution, and human resources.

▪ Served as an expert witness in bankruptcy of Country Morning Farms, Inc. and Country Morning Farms Cattle, LLC (Eastern District of Washington; Case No. 19-00478-FPC11), a large dairy farm and vertically integrated creamery plant; reviewed and assessed the feasibility of the Debtors' proposed plan; performed thorough review of operations; completed in-depth market analysis of agribusiness sales and distribution, and dairy operations.

▪ Served as consultant for TeVelde Boardman Dairy Farm in Boardman, OR; reviewed status of a large newly constructed dairy farm; performed on-site review of all improvements required and regulatory issues; worked with lender and trustee to assess the feasibility of the purchaser's business plan.

▪ Provide financial advisory and consulting services to agricultural operations to manage cash flow, provide financial modeling and forward-looking analysis, and restructure financial commitments.

▪ Provide bankruptcy, receivership, and consulting services to over 300 companies and real estate assets with values in excess of $4 billion.

**STAPLETON**
G R O U P

**HomeFed Corp. / Leucadia National Corp.**                    *California*
*Acquisitions*                                                  *2007 – 2008*

Led team to identify, value, restructure, and acquire real estate assets and companies.

- Identified condo, land, office, retail and land opportunities for potential acquisition throughout the United States.
- Negotiated and closed the purchase of general partnership interests in real estate projects. Managed restructuring through Ch.11 bankruptcy process.

**DWC**                                                        *California*
*Director, Management & Operations*                            *2002 – 2007*

Managed receiverships and turnarounds for businesses and properties with total value in excess of $2 billion. Led receivership engagements to stabilize and operate multiple troubled assets and loans. Performed financial analysis and developed workout strategies for multiple troubled companies and assets.

**PricewaterhouseCoopers LLP**      *Various locations; London, UK / Frankfurt, Germany; New York; California*
*Transaction Services & Advisory*                             *1997 – 2001*

- Managed a consulting team during the restructuring of Deutsche Telekom's cable businesses and subsequent sale for approximately €1 billion each.
- Serve on a team to manage the spin-off of Keyspan Energy Co. from the Long Island Power Authority. Review and audit the transmission and distribution and generation businesses of both companies.

**US Army Reserve Officers Training Corps**                    *New Orleans, LA*
*Platoon Leader*                                               *1993 – 1996*

- Received a four-year ROTC scholarship and supervised the training and development of personnel.

## ACADEMIC

- MBA, San Diego State University
- BS, Tulane University

## OTHER

- Certified Public Accountant *(2000 – 2007)*
- Organizations: Turnaround Management Association, CENTS, American Bankruptcy Institute, Bankruptcy & Receiver Forums, National Association of Federal Equity Receivers (NAFER), United Way

# EXHIBIT "3"

**Exhibit "3"**



**STAPLETON**
G R O U P

# RATE SHEET
*Effective January 1, 2024*

## Hourly Rates by Position*

| | |
|---|---|
| Principal/Senior Managing Director | $475 |
| Managing Director | $450 |
| Director | $425 |
| Associate Director | $395 |
| Senior Associate | $325 |
| Senior Support | $275 |
| Clerical | $145 |

## Reimbursable Expenses

| | |
|---|---|
| Postage | At cost |
| Photocopies | $.12 per copy |
| Messenger/Delivery | At cost |
| Court Filing Service | At cost |
| Telephone | At cost |
| Bond | At cost |
| Travel, Meals & Expenses | At cost |

*\* Rates for specific personnel may vary slightly based on experience level but will not exceed the rates stated herein. Rates are subject to increase annually.*