1  MCDERMOTT WILL & EMERY LLP
   ROBERT BARTON (SBN 269455)
2  rbarton@mwe.com
   2049 Century Park East, Suite 3200
3  Los Angeles, California  90067-3206
   (310) 277-4110
4
5  MICHAEL S. NADEL (admitted *pro hac vice*)
   mnadel@mwe.com
6  500 North Capitol Street, N.W.
   Washington, D.C. 20001
7  (202) 756-8000

8  Attorneys for Defendants Touchstone Pistachio Company, LLC,
   ACAP Farms, LLC, ACDF, LLC, Adams Grantor Land, LLC,
9  Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms,
   LLC, Cantua Orchards, LLC, Cooper Avenue Investments,
10 LLC, Favier Ranch, LLC, FFGT Farms, LLC, Gradon Farms,
   LLC, Grantland Farms, LLC, Granville Farms, LLC, Lincoln
11 Grantor Farms, LLC, Manning Avenue Pistachios, LLC,
   Maricopa Orchards, LLC, Panoche Pistachios, LLC, Sageberry
12 Farms, LLC, Whitesbridge Farms, LLC, Willon Avenue
   Investments, LLC, and Winston Farms, LLC

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16 | U.S. BANK NATIONAL ASSOCIATION, | No. 1:24-cv-01105 |
17 |                    Plaintiff, | **NOTICE OF APPEARANCE OF** |
18 |        v. | **MICHAEL S. NADEL** |
19 | TOUCHSTONE PISTACHIO COMPANY, | |
   | LLC, et al., | |
20 |                    Defendants. | |
21

22

23        PLEASE TAKE NOTICE that Michael S. Nadel, who has been admitted *pro hac*

24 *vice* in this case (ECF No. 26), files this Notice of Appearance for purposes of receiving

25 notices on behalf of Defendants Touchstone Pistachio Company, LLC, ACAP Farms, LLC,

26 ACDF, LLC, Adams Grantor Land, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC,

1   C&A Farms, LLC, Cantua Orchards, LLC, Cooper Avenue Investments, LLC, Favier

2   Ranch, LLC, FFGT Farms, LLC, Gradon Farms, LLC, Grantland Farms, LLC, Granville

3   Farms, LLC, Lincoln Grantor Farms, LLC, Manning Avenue Pistachios, LLC, Maricopa

4   Orchards, LLC, Panoche Pistachios, LLC, Sageberry Farms, LLC, Whitesbridge Farms,

5   LLC, Willon Avenue Investments, LLC, and Winston Farms, LLC.

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

By:  /s/ *Michael S. Nadel*
      Michael S. Nadel
      Attorneys for Above-Listed Defendants

NOTICE OF APPEARANCE

CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing, including the following counsel for Plaintiff U.S. Bank National Association:

Mary H. Hass, Esq.
John D. Freed, Esq.
Matthew E. Ladew, Esq.
Davis Wright Tremaine LLP
865 South Figeroa Street, 24th Floor
Los Angeles, California 90017

Joseph VanLeuven, Esq.
Davis Wright Tremaine LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205

By:    /s/ *Michael S. Nadel*
       Michael S. Nadel