UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>             Plaintiff,<br><br>      v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC, er al.,<br><br>             Defendants. | Case No.: 1:24-cv-01105 JLT SKO<br><br>ORDER DISQUALIFYING DISTRICT JUDGE AND REASSIGNING CASE<br><br>Old Case Number: 1:24-cv-01105 JLT SKO<br>New Case Number: 1:24-cv-01105 KES SKO |

Good cause appearing, the assigned District Judge disqualifies herself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of the Honorable Kirk E. Sherriff.  The new case number is 1:24-cv-01105 KES SKO.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

   Dated:   **September 24, 2024**                                  *Jennifer L. Thurston*
                                                                                    UNITED STATES DISTRICT JUDGE