MARY H. HAAS (State Bar No. 149770)
  maryhaas@dwt.com
JOHN D. FREED (State Bar No. 261518)
  jakefreed@dwt.com
MATTHEW E. LADEW (State Bar No. 318215)
  mattladew@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

JOSEPH VANLEUVEN (*admitted pro hac vice*)
  joevanleuven@dwt.com
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon  97205
Telephone:  (503) 778-5325
Fax:  (503) 701-0023

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVNEUE INVESETMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>Defendants. | Case No. 1:24-cv-01105-KES-SKO<br><br>**PROOF OF SERVICE**<br><br>(Fed. R. Civ. Proc. 7.1)<br><br>Action Filed : September 18, 2024 |

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine LLP, 50 California Street, 23rd Floor, San Francisco, California 94111.

On this day, I served the foregoing document(s) described as:

- **SUMMONS;**

- **COMPLAINT FOR BREACH OF CREDIT AGREEMENT, BREACH OF GUARANTY AGREEMENT, BREACH OF FORBEARANCE AGREEMENT, JUDICIAL FORECLOSURE, SPECIFIC PERFORMANCE, APPOINTMENT OF RECEIVER, REPLEVIN, AND INJUNCTIVE RELIEF;**

- **JUDGE KES' STANDING ORDER, ORDER SETTING MANDATORY SCHEDULING CONFERENCE**

by forwarding a portable document file to the electronic mail address(es) below:

| | |
|---|---|
| Michael S. Nadel (mnadel@mwe.com)<br>**MCDERMOTT WILL & EMERY LLP**<br>500 N. Capitol Street, N.W.<br>Washington, DC 20001<br><br>Robert Barton (rbarton@mwe.com)<br>**MCDERMOTT WILL & EMERY LLP**<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br><br>David R. Hurst (dhurst@mwe.com)<br>**MCDERMOTT WILL & EMERY LLP**<br>1000 N. West Street, Suite 1400<br>Wilmington, DE 19801 | **Attorneys for Defendants**<br><br>ACAP Farms, LLC<br>ACDF, LLC<br>Adams Grantor Land, LLC<br>Assemi and Sons, Inc.<br>Assemi Brothers, LLC<br>Bear Flag Farms, LLC<br>C&A Farms, LLC<br>Cantua Orchards, LLC<br>Copper Avenue Investments, LLC<br>Favier Ranch, LLC<br>FFGT Farms, LLC<br>Gradon Farms, LLC<br>Grantland Farms, LLC<br>Granville Farms, LLC<br>Lincoln Grantor Farms, LLC<br>Manning Avenue Pistachios, LLC<br>Maricopa Orchards, LLC<br>Panoche Pistachios, LLC<br>Sageberry Farms, LLC |

**(FROM ELECTRONIC MAIL ADDRESS kimberlysimmonsgreene@dwt.com)** at 50 California Street, 23rd Floor, San Francisco, California.  Executed on **October 1, 2024,** at San Francisco, California.

☒      Federal      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Kimberly Simmons-Greene | *[signature]* |
| Print Name | Signature |

1