| | |
|---|---|
| John D. Freed<br>DAVIS WRIGHT TREMAINE LLP/SF<br>50 California St  2300 San Francisco, CA 94111 | |
| **USDC-EASTERN/BAKERSFIELD**<br>STREET ADDRESS: **510 19TH STREET**<br>CITY AND ZIP CODE: **BAKERSFIELD, CA 93301**<br>BRANCH NAME:<br>CASE NUMBER: **1:24-cv-01105-SKO**<br>U.S. BANK NATIONAL ASSOCIATION<br>vs.<br>TOUCHSTONE PISTACHIO COMPANY, LLC, et al. | **SUMMARY OF SERVICE**<br>**JOB COMPLETE**<br>**SF228682**<br>**030 - STANDARD PROCESS  (48 to 72 HRS)**<br>**COMPLETED BY**<br>**Brandon Allison**<br>**10/25/2024  5:08 PM** |
| **PROOF OF DELIVERY** | Reference No.:<br>**17787-594** |

DOCUMENTS SERVED:

**Summons; Complaint; STANDING ORDER IN CIVIL CASES; ORDER SETTING MANDATORY SCHEDULING CONFERENCE**

PARTY SERVED: DARIUS ASSEMI

DATE & TIME OF SERVICE: 10/25/2024
5:08 PM

ADDRESS, CITY, AND STATE: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Fresno, CA 937117023

PHYSICAL DESCRIPTION: **Age: 60 Weight: 230 Hair: Bald Sex: Male Height: 5'9" Eyes: N/A Race: Armenian**

MANNER OF SERVICE:
Personal Service - By personally delivering copies to DARIUS ASSEMI.

---

**COURT FILINGS | SERVICE OF PROCESS | REPROGRAPHICS**
**PDF/FAX FILINGS | MESSENGER SERVICES**

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**
Did you know you can check status, place orders, and look up costs online?
Visit our secure website at https://express.nationwideasap.com

## PROOF OF DELIVERY

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015



Brandon Allison
County:  Fresno
Registration No.: S20110000016