John D. Freed SBN: 261518
DAVIS WRIGHT TREMAINE LLP / SF
50 California St  2300
San Francisco, CA 94111
(415) 276-6500

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

**U.S. BANK NATIONAL ASSOCIATION**          Plaintiff(s)

v.

**TOUCHSTONE PISTACHIO COMPANY, LLC, et al.**
                                                              Defendant(s)

**CASE NUMBER:**
1:24-cv-01105-SKO

## PROOF OF SERVICE
### SUMMONS AND COMPLAINT
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☑ Summons         ☐ First Amended Complaint      ☐ Third Party Complaint
      ☑ Complaint        ☐ Second Amended Complaint    ☐ Counter Claim
      ☐ Alias Summons    ☐ Third Amended Complaint     ☐ Cross Claim
      ☑ other *(specify):* **ORDER SETTING MANDATORY SCHEDULING CONFERENCE; STANDING ORDER IN CIVIL CASES**

2. **Person served:**

   a. ☑ Defendant *(name:)* **FARID ASSEMI**
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☑ Address where the papers were served: **5260 N Palm Ave Ste 421**
                                               **Fresno, CA 937042217**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked):*

   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* **at** *(time):*

   b. ☑ By **Substituted Service.** By leaving copies: **Alicia Angers - Executive Assistant (Authorized to Accept)**
      Age: 40's    Weight: 135    Hair: Brown    Sex: Female
      Height: 5'5"    Eyes: Brown    Race: Caucasian    Marks:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☑ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☑ **Papers were served on** *(date):* **10/25/2024** at *(time):* **10:43 AM**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☑ **papers were mailed on** Oct 25, 2024 - DECLARATION OF MAILING ATTACHED

      6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   **Title of person served:**

   **Date and time of service:** *(date):*  at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **Brian L. Turner**
   **Nationwide Legal, LLC**
   **1625 Clay Street 4th Floor**
   **Oakland, CA 94612**
   **(510) 444-4690**

   a. Fee for service: $ **528.80**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**S201710000040**
      County: **Fresno**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **October 25, 2024**         **Brian L. Turner**                    *(Signature)*
                              *Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>John D. Freed | SBN: 261518<br>DAVIS WRIGHT TREMAINE LLP 7-SF<br>50 California St  2300 San Francisco, CA 94111<br>TELEPHONE NO.: (415) 276-6500 | FAX NO. (415) 276-6599 | E-MAIL ADDRESS jakefreed@dwt.com<br>ATTORNEY FOR *(Name):* Plaintiff: U.S. Bank National Association | FOR COURT USE ONLY |
|---|---|

| **USDC-EASTERN/BAKERSFIELD** |
|---|
| STREET ADDRESS: 510 19TH STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: BAKERSFIELD, CA 93301 |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: U.S. BANK NATIONAL ASSOCIATION | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TOUCHSTONE PISTACHIO COMPANY, LLC, et al. | 1:24-cv-01105-SKO |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: 17787-594 |

I, Brian L. Turner , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: FARID ASSEMI as follows:

Documents:
   Summons; Complaint; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; STANDING ORDER IN CIVIL CASES

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 10/22/2024 | 9:58 AM | Business | I arrived at the given address. Mr. Assemi is not here per Alicia, Front Desk.<br>5260 N Palm Ave Ste 421,  Fresno, CA 937042217 |
| 10/24/2024 | 1:49 PM | Business | I spoke to Alicia again who informed me that Mr. Assemi was not here today.<br>5260 N Palm Ave Ste 421,  Fresno, CA 937042217 |
| 10/25/2024 | 10:43 AM | Business | Substituted service on: FARID ASSEMI; 5260 N Palm Ave Ste 421, Fresno, CA 93704-2217; by serving: Alicia Angers - Executive Assistant (Authorized to Accept), Caucasian Female 40's 135 Brown 5'5" Brown. |

Fee for Service: **$ 528.80**
   County: **Fresno**
   Registration No.: **S20170000040**
   **Nationwide Legal, LLC**
   **1625 Clay Street 4th Floor**
   **Oakland, CA 94612**
   **(510) 444-4690**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 25, 2024.

Signature: 

Brian L. Turner

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: SF230332A

| Attorney or Party without Attorney:<br>John D. Freed, SBN: 261518<br>DAVIS WRIGHT TREMAINE LLP / SF<br>50 California St  2300<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 276-6500   FAX No. (Optional): (415) 276-6599<br>E-MAIL ADDRESS (Optional): jakefreed@dwt.com<br>Attorney for: Plaintiff U.S. Bank National Association | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: 17787-594 | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-EASTERN/BAKERSFIELD - | |
| Petitioner: U.S. BANK NATIONAL ASSOCIATION<br>Respondent: TOUCHSTONE PISTACHIO COMPANY, LLC, et al. | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 1:24-cv-01105-SKO |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; STANDING ORDER IN CIVIL CASES

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as  follows:

   a. Date of Mailing:           October 25, 2024
   b. Place of Mailing:          Los Angeles, CA
   c. Addressed as follows:      FARID ASSEMI
                                 5260 N Palm Ave Ste 421
                                 Fresno, CA 93704-2217

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of  business.

Fee for Service: $ 528.80
   Nationwide Legal, LLC REG: 12-234648
   1625 Clay Street 4th Floor
   Oakland, CA 94612
   (510) 444-4690
   www.nationwideasap.com

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  October 25, 2024.

Signature: _____
Arthur Chale

**PROOF OF SERVICE BY MAIL**

Order#: SF230332A/mailproof