Exhibit 2

JOHN D. FREED (State Bar No. 261518)
jakefreed@dwt.com
MATTHEW E. LADEW (State Bar No. 318215)
mattladew@dwt.com
MARK A. ANISHCHENKO (State Bar No. 340324)
markanishchenko@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California  94111
Telephone:  (415) 276-6500
Fax:  (415) 276-6599

JOSEPH VANLEUVEN (*admitted pro hac vice*)
joevanleuven@dwt.com
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone: (503) 778- 325

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**AFFIDAVIT OF JOSEPH R. DUNN IN SUPPORT OF JOINT EX PARTE APPLICATION OF PLAINTIFF U.S. BANK NATIONAL ASSOCIATION AND RECEIVER DAVID STAPLETON FOR FURTHER ORDER REGARDING RECEIVER'S AUTHORITY TO ENGAGE AND COMPENSATE RECEIVER'S COUNSEL**<br><br>Action Filed: September 17, 2024 |

1

I, Joseph R. Dunn, declare as follows:

1.       I am an attorney duly admitted and in good standing to practice law in the State of California and before this Court.  I am a partner of Covington & Burling LLP ("Proposed Counsel"), proposed counsel for Receiver David P. Stapleton ("Receiver") in this case.  I make this declaration (the "Affidavit") in support of the *Joint Ex Parte Application of Plaintiff U.S. Bank National Association and Receiver David Stapleton for Further Order Regarding Receiver's Authority to Engage and Compensate Receiver's Counsel* filed concurrently herewith (the "Application").  Capitalized terms not defined herein shall have the meaning set forth in the Application and Memorandum of Points and Authorities in support thereof.

2.       On September 28, 2024, the Court executed an order (the "Receivership Order") appointing David Stapleton as a general receiver in the above-captioned matter. [Dkt. 32]

3.       Shortly after the Court entered the Receivership Order, the Receiver sought to employ Proposed Counsel to serve as Receiver's Counsel (as defined in the Receivership Order) in this matter.  However, I informed the Receiver that the standard hourly billing rates for the attorneys at my firm exceed the $600.00 per hour rate cap set forth in paragraph 33 of the Receivership Order (the "Rate Cap").  For instance, my standard hourly rate is approximately two and a half times higher than the $600 per hour Rate Cap set forth in the Receivership Order.

4.       Nonetheless, to accommodate the Receiver's request and assist in this matter, my firm agreed to provide services to the Receiver at a discounted flat rate of $975 per hour if Plaintiff and Touchstone both agreed to such arrangement notwithstanding the existing Rate Cap.

5.       On October 1, 2024, I spoke by telephone with counsel for Plaintiff and counsel for Touchstone regarding a proposed modification of the Rate Cap to allow the Receiver to engage and compensate my firm at the $975 per hour capped flat rate.

6.       On October 2, 2024, Touchstone's counsel confirmed to me by telephone that its client was agreeable to the requested modification of the Rate Cap.

7.       On October 9, 2024, Plaintiff's counsel confirmed by email to me that Plaintiff was agreeable to the requested modification of the Rate Cap.

8. Based on the Parties' verbal agreements, my firm began performing services for the Receiver and prepared a stipulation and proposed order to modify the Rate Cap accordingly.

9. Plaintiff's counsel agreed to the stipulation and proposed order on October 16, 2024 and sent the same to Touchstone's counsel for review on October 18, 2024.

10. For several weeks thereafter, Plaintiff's counsel and I attempted to obtain Touchstone's counsel's approval on the proposed stipulation and order. *See* email chains attached hereto as **Exhibits A** and **Exhibit B**.

11. Touchstone provided no objection to or comment on the proposed stipulation or order, but did not provide Touchstone's consent, notwithstanding Touchstone's prior verbal agreement to the same. Instead, on October 31, 2024, Touchstone's counsel informed me that Touchstone was not in a position to enter into the stipulation. That same day I informed Touchstone's counsel by phone that the Receiver would be bringing an application seeking the relief set forth in the stipulation. Touchstone's counsel confirmed to me that Touchstone "takes no position" with respect to such relief. On November 6, 2024, I advised Touchstone's counsel via email that the ex parte Application would be filed the following day. On information and belief, no objection to the Application will be filed.

12. On November 7, 2024, my office advised the courtroom deputy that the Moving Parties would be filing the Application and seeking ex parte relief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Affidavit was executed on this 7th day of November, 2024 at 1999 Avenue of the Stars, Los Angeles, California 90067-4643.

_____
Joseph R. Dunn

AFFIDAVIT OF JOSEPH R. DUNN IN SUPPORT OF JOINT EX PARTE APPLICATION OF PLAINTIFF U.S. BANK NATIONAL ASSOCIATION AND RECEIVER DAVID STAPLETON FOR FURTHER ORDER REGARDING RECEIVER'S AUTHORITY TO ENGAGE AND COMPENSATE RECEIVER'S COUNSEL
Case No.: 1:24-1105-KES-SAB

**<u>Exhibit A</u>**

| | |
|---|---|
| **From:** | Hurst, David |
| **To:** | Dunn, Joseph |
| **Cc:** | VanLeuven, Joe; Freed, Jake; Anishchenko, Mark; Nadel, Michael |
| **Subject:** | RE: Case 1:24-00737 U.S. Bank National Association v. Touchstone Pistachio Company, LLC et al. - Stipulation and Proposed Order to Amend Order Appointing Receiver |
| **Date:** | Friday, October 25, 2024 1:45:18 PM |
| **Attachments:** | image001.png |

[EXTERNAL]

Joe—

I understand (and am trying), but I am not having any luck with the client moving this forward given everything else that is going on.  I will continue to work on it, but I don't see any way this is going to get resolved today.

Best,

David

DAVID HURST
Partner
**McDermott Will & Emery LLP**  The Brandywine Building, 1000 N. West Street, Suite 1400, Wilmington, DE 19801
**Tel** +1 302 485 3930    **Mobile** +1 302 824 3454    **Fax** +1 302 691 4573    **Email** dhurst@mwe.com
**Website** | **vCard** | **LinkedIn**

---

**From:** Dunn, Joseph <JDunn@cov.com>
**Sent:** Friday, October 25, 2024 4:40 PM
**To:** Hurst, David <Dhurst@mwe.com>
**Cc:** VanLeuven, Joe <joevanleuven@DWT.COM>; Freed, Jake <JakeFreed@dwt.com>; Anishchenko, Mark <MarkAnishchenko@dwt.com>; Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Case 1:24-00737 U.S. Bank National Association v. Touchstone Pistachio Company, LLC et al. - Stipulation and Proposed Order to Amend Order Appointing Receiver

**[ External Email ]**

Hi David,

Sorry to pester, but I need to push on the stipulation to modify the receivership order.  Can we get that tackled today?  How can I help?  I know you and your clients are juggling many issues, but the Touchstone Receiver needs counsel ASAP to deal with a number of mounting issues, and the holdup on the order is problematic.  Happy to discuss at your convenience if necessary.

Joe

**Joseph Dunn**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4825 | jdunn@cov.com
www.cov.com

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Freed, Jake <JakeFreed@dwt.com>
**Sent:** Wednesday, October 23, 2024 7:57 AM
**To:** Hurst, David <Dhurst@mwe.com>; Anishchenko, Mark <MarkAnishchenko@dwt.com>; Nadel, Michael <mnadel@mwe.com>
**Cc:** VanLeuven, Joe <joevanleuven@DWT.COM>; Dunn, Joseph <JDunn@cov.com>
**Subject:** RE: Case 1:24-00737 U.S. Bank National Association v. Touchstone Pistachio Company, LLC et al. - Stipulation and Proposed Order to Amend Order Appointing Receiver

[EXTERNAL]

Thank you, David.  I've copied the receiver's counsel, Joe Dunn, on this email.  He can answer any questions you might have for him if it would speed things along.

Jake

**Jake Freed**
Davis Wright Tremaine LLP

**P** 415.276.6532  **E** jakefreed@dwt.com
**A** 50 California Street, 23rd Floor, San Francisco, CA 94111
**DWT.COM**

**From:** Hurst, David <Dhurst@mwe.com>
**Sent:** Wednesday, October 23, 2024 5:16 AM
**To:** Freed, Jake <JakeFreed@dwt.com>; Anishchenko, Mark <MarkAnishchenko@dwt.com>; Nadel, Michael <mnadel@mwe.com>
**Cc:** VanLeuven, Joe <joevanleuven@DWT.COM>
**Subject:** RE: Case 1:24-00737 U.S. Bank National Association v. Touchstone Pistachio Company, LLC et al. - Stipulation and Proposed Order to Amend Order Appointing Receiver

[EXTERNAL]

Jake—

I know you guys are waiting on this.  My clients are getting pulled in a number of directions and nothing is moving quickly.

Best,

David

DAVID HURST
Partner
**McDermott Will & Emery LLP**  The Brandywine Building, 1000 N. West Street, Suite 1400, Wilmington, DE 19801
**Tel** +1 302 485 3930    **Mobile** +1 302 824 3454    **Fax** +1 302 691 4573    **Email** dhurst@mwe.com
**Website** | **vCard** | **LinkedIn**

---

**From:** Freed, Jake <JakeFreed@dwt.com>
**Sent:** Tuesday, October 22, 2024 8:30 PM
**To:** Anishchenko, Mark <MarkAnishchenko@dwt.com>; Hurst, David <Dhurst@mwe.com>; Nadel, Michael <mnadel@mwe.com>
**Cc:** VanLeuven, Joe <joevanleuven@DWT.COM>
**Subject:** RE: Case 1:24-00737 U.S. Bank National Association v. Touchstone Pistachio Company, LLC et al. - Stipulation and Proposed Order to Amend Order Appointing Receiver

**[ External Email ]**
David-

Just following up on Mark's email here.  We're getting a lot of pressure from receiver's counsel to get this stipulation done so he can start doing his work and make an appearance.  Will you let us know as soon as possible about the stipulation?  Thanks for your attention to this.

Jake

**Jake Freed**
Davis Wright Tremaine LLP

**P** 415.276.6532  **E** jakefreed@dwt.com
**A** 50 California Street, 23rd Floor, San Francisco, CA 94111
**DWT.COM**

---

**From:** Anishchenko, Mark <MarkAnishchenko@dwt.com>
**Sent:** Tuesday, October 22, 2024 12:57 PM
**To:** Anishchenko, Mark <MarkAnishchenko@dwt.com>; Hurst, David <Dhurst@mwe.com>; Nadel, Michael <mnadel@mwe.com>
**Cc:** VanLeuven, Joe <joevanleuven@DWT.COM>; Freed, Jake <JakeFreed@dwt.com>
**Subject:** RE: Case 1:24-00737 U.S. Bank National Association v. Touchstone Pistachio Company, LLC et al. - Stipulation and Proposed Order to Amend Order Appointing Receiver

Hi David,

I am following up on your review of the below proposed stipulated and order.  We want to make sure this gets approved ASAP so that the receiver's counsel can adequately represent the receiver.

Please let us know if you have any questions or comments.

Thank you,

**Mark Anishchenko**  He/Him/His
**Associate,** Davis Wright Tremaine LLP

**P** 916.885.1824  **E** markanishchenko@dwt.com
**A** 621 Capitol Mall, Suite 1950, Sacramento, CA 95814
**DWT.COM**

---

**From:** Anishchenko, Mark <MarkAnishchenko@dwt.com>
**Sent:** Friday, October 18, 2024 3:47 PM
**To:** Hurst, David <Dhurst@mwe.com>; Nadel, Michael <mnadel@mwe.com>
**Cc:** VanLeuven, Joe <joevanleuven@DWT.COM>; Freed, Jake <JakeFreed@dwt.com>
**Subject:** Case 1:24-00737 U.S. Bank National Association v. Touchstone Pistachio Company, LLC et al. - Stipulation and Proposed Order to Amend Order Appointing Receiver


David,

Please find attached a draft stipulation and proposed order to amend order appointing receiver for your review and comment.

Thank you,

> **Mark Anishchenko**  He/Him/His
> **Associate | Davis Wright Tremaine LLP**
> **P** 916.885.1824  **E** markanishchenko@dwt.com
> **A** 621 Capitol Mall, Suite 1950, Sacramento, CA 95814
>
> **DWT.COM**

*************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the

delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
********************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

**<u>Exhibit B</u>**

| | |
|---|---|
| **From:** | Hurst, David |
| **To:** | VanLeuven, Joe; Dunn, Joseph |
| **Cc:** | Nadel, Michael |
| **Subject:** | RE: Receiver"s counsel fees |
| **Date:** | Wednesday, October 30, 2024 5:23:58 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

---

<mark>[EXTERNAL]</mark>

This has not been resolved, so I understand if you need to proceed by motion.  I can give you more detail if you want to discuss tomorrow.

Best,

David

DAVID HURST
Partner

**McDermott Will & Emery LLP**  The Brandywine Building, 1000 N. West Street, Suite 1400, Wilmington, DE 19801
**Tel** +1 302 485 3930    **Mobile** +1 302 824 3454    **Fax** +1 302 691 4573    **Email** dhurst@mwe.com
**Website** | **vCard** | **LinkedIn**

---

**From:** VanLeuven, Joe <joevanleuven@DWT.COM>
**Sent:** Wednesday, October 30, 2024 5:52 PM
**To:** Dunn, Joseph <JDunn@cov.com>; Hurst, David <Dhurst@mwe.com>
**Cc:** Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Receiver's counsel fees

<mark>[ External Email ]</mark>

Has this been agreed to?  Not fair to Joe D to continue w/o getting this resolved.

**Joseph VanLeuven**  He/Him/His
**Partner,** Davis Wright Tremaine LLP

**P** 503.778.5325  **C** 503.701.0023  **E** joevanleuven@dwt.com
**A** 560 SW 10th Avenue, Suite 700, Portland, OR 97205
**DWT.COM**

---

**From:** Dunn, Joseph <JDunn@cov.com>
**Sent:** Tuesday, October 29, 2024 9:15 PM
**To:** Hurst, David <Dhurst@mwe.com>
**Cc:** VanLeuven, Joe <joevanleuven@DWT.COM>; Nadel, Michael <mnadel@mwe.com>
**Subject:** RE: Receiver's counsel fees

Hi David,

When you and I spoke on October 2nd, you confirmed your clients agreed to the modified $975 hourly rate cap for my firm, and my firm has been performing some work in reliance on that confirmation.  The stipulation simply memorializes that agreement.  I know you and your clients have been focused on the hearings and related issues in recent days, but it should only take a matter of minutes to confirm the stipulation we already drafted in fact says what your clients had agreed to.  If we cannot get signoff by COB tomorrow, we will have to go into the Court on an expedited basis to ensure the Receiver (and my firm) is not prejudiced by further delay.  I'm sure you understand.

Thanks,

Joe

**Joseph Dunn**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4825 | jdunn@cov.com
www.cov.com

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** VanLeuven, Joe <joevanleuven@DWT.COM>
**Sent:** Tuesday, October 29, 2024 1:42 PM
**To:** Hurst, David <Dhurst@mwe.com>; Nadel, Michael <mnadel@mwe.com>
**Cc:** Dunn, Joseph <JDunn@cov.com>
**Subject:** RE: Receiver's counsel fees

[EXTERNAL]

All we need is for you to ask Darius for permission, Dave.  We can put the stip together.  Joe's rate will still be below yours I'm betting.

**Joseph VanLeuven**    He/Him/His
**Partner,** Davis Wright Tremaine LLP

**P** 503.778.5325  **C** 503.701.0023  **E** joevanleuven@dwt.com
**A** 560 SW 10th Avenue, Suite 700, Portland, OR 97205
**DWT.COM**

**From:** Hurst, David <Dhurst@mwe.com>
**Sent:** Tuesday, October 29, 2024 1:09 PM
**To:** VanLeuven, Joe <joevanleuven@DWT.COM>; Nadel, Michael <mnadel@mwe.com>
**Cc:** Dunn, Joseph <JDunn@cov.com>
**Subject:** RE: Receiver's counsel fees

I don't currently have authority to stipulate to the increased fees.  Everyone's focus has been on the hearings today and tomorrow.

David

DAVID HURST
Partner
**McDermott Will & Emery LLP**  The Brandywine Building, 1000 N. West Street, Suite 1400, Wilmington, DE 19801
**Tel** +1 302 485 3930    **Mobile** +1 302 824 3454    **Fax** +1 302 691 4573    **Email** dhurst@mwe.com
**Website** | **vCard** | **LinkedIn**

---

**From:** VanLeuven, Joe <joevanleuven@DWT.COM>
**Sent:** Tuesday, October 29, 2024 2:59 PM
**To:** Hurst, David <Dhurst@mwe.com>; Nadel, Michael <mnadel@mwe.com>
**Cc:** Dunn, Joseph <JDunn@cov.com>
**Subject:** Receiver's counsel fees

**[ External Email ]**

David,

Do you have authority to stip to increase the ceiling on receiver's counsel fees as we've been requesting?  This is to a point where if you won't we will just have to file a motion, increasing costs unnecessarily.

Thanks.


**Joseph VanLeuven**    He/Him/His
**Partner | Davis Wright Tremaine LLP**
**P** 503.778.5325  **C** 503.701.0023  **E** joevanleuven@dwt.com
**A** 560 SW 10th Avenue, Suite 700, Portland, OR 97205

**DWT.COM**

*********************************************************************************************************

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.

*********************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.