# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>ORDER RE: STIPULATION FOR DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>(ECF No. 59) |

　　Before the Court is the parties' stipulation to extend the time in which certain Defendants may file their answer or otherwise respond to the complaint. On September 17, 2024, Plaintiff filed its complaint and effectuated service on the relevant Defendants from between October 10, 2024, to October 25, 2024. (ECF No. 1; ECF No. 59, ¶ 2.)

　　For good cause shown, the Court approves the stipulation and hereby ORDERS that the following Defendants shall have through December 16, 2024, to file an answer or otherwise respond to the complaint: Ashlan & Hayes Investments, LLC; Assemi Brothers, LLC; Melissa Layne, as Trustee of the Farshid and Sonia Assemi 2010 Grantor Trust, dated December 30, 2010; Neema Assemi, as Trustee of the Farid Assemi 2010 Grantor Trust, dated December 30, 2010; Farid Assemi, as Trustee of the Farshid Assemi 1997 Ranch Trust dated June 30, 1997; Farid Assemi, individually; Farid Assemi, as Trustee of the Amended and Restated Farid Assemi Revocable Trust, dated January 24, 2007; Farshid Assemi, Co-trustee of the Farid Assemi 1997

Ranch Trust dated June 30, 1997; Neema Assemi, Co-trustee of the Farid Assemi 1997 Ranch Trust dated June 30, 1997; Farshid Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007; Sonia Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007; Farshid Assemi, individually; Darius Assemi, individually; and Darius Assemi, as Trustee of the Amended and Restated Darius Assemi Revocable Trust.

IT IS SO ORDERED.

Dated:   **November 27, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2