UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br>　　　　　Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME ON RECEIVER'S MOTION FOR FURTHER ORDER REGARDING AUTHORITY TO SELL CROP INVENTORY**<br><br>(Doc. 62) |

Upon due consideration of the Motion to Shorten Time on Receiver's Motion for Further Order Regarding Authority to Sell Crop Inventory, Doc. 62, the Court hereby finds that good cause exists to enter a further order setting a shortened briefing and hearing schedule for the Motion for Further Order Regarding Authority to Sell Crop Inventory, Doc. 61. Having found the foregoing,

**IT IS ORDERED:**

1. Oppositions to the Motion for Further Order Regarding Authority to Sell Crop Inventory, Doc. 61, if any, must be filed and served by **December 9, 2024**.

2. The Receiver's reply to any opposition to the Motion for Further Order Regarding Authority to Sell Crop Inventory, Doc. 61, must be filed and served by **December 12, 2024**.

3. The hearing on the Motion for Further Order Regarding Authority to Sell Crop Inventory, Doc. 61, will be held on **December 17, 2024 at 1:30 p.m. PT**., in Courtroom 6.

IT IS SO ORDERED.

Dated:   December 2, 2024

UNITED STATES DISTRICT JUDGE

2