Theodore W. Hoppe, #138064
tad@hoppe-law.com
**HOPPE LAW**
A PROFESSIONAL LAW OFFICE
680 W. Shaw Avenue, Suite 207
Fresno, California 93704
Telephone: (559) 241-7070
Facsimile: (559) 241-7212
*Service Email:* service@hoppe-law.com

Attorneys for Third Party Growers, COLEMAN LAND CO., LLC; FIRESTONE FARMS, LLC; HURON NUTS LLC; PORTERVILLE NUTS LLC; PAT HENRY; NORAG NUTS LLC; SLO NUTS LLC; and THE ROBERT P. SCHOETTLER AND JOAN C. SCHOETTLER REVOCABLE TRUST

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVNEUE INVESETMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC, <br><br> Defendants. | **CASE NUMBER: 1:24-cv-01105-KES-SKO** <br><br> **DECLARATION OF THEODORE W. HOPPE IN SUPPORT OF OPPOSITION TO RECEIVER'S MOTION FOR FURTHER ORDER REGARDING AUTHORITY TO SELL CROP INVENTORY BY THIRD PARTY GROWERS WHO ASSERT PRODUCER'S LIENS UNDER FOOD AND AGRICULTURAL CODE SECTION 55631** <br><br> **[Filed concurrently with the Opposition]** <br><br> Action Filed : September 17, 2024 |

I, Theodore W. Hoppe, declare:

1. I am an attorney at law duly licensed to practice before all Courts of the State of California and the United States District Court, Eastern District of California, and I am counsel of record herein for Third Party Growers, COLEMAN LAND CO., LLC; FIRESTONE FARMS, LLC; HURON NUTS LLC; PORTERVILLE NUTS LLC; PAT HENRY; NORAG NUTS LLC; SLO NUTS LLC; and THE ROBERT P. SCHOETTLER AND JOAN C. SCHOETTLER REVOCABLE TRUST (hereinafter collectively "Third Party Growers");

2. Unless otherwise noted, I have personal knowledge of the facts asserted in this declaration. If called to testify as a witness, I could and would competently testify to the facts asserted herein;

3. This Declaration is filed in support of my client's Opposition to the Receiver's Motion For Further Order Regarding Authority To Sell Crop Inventory;

4. I have been retained by the Third Party Growers with regard to producer's liens they have asserted for product which was shipped to Touchstone Pistachio Company ("Touchstone") in 2023 and 2024.

5. I have had numerous discussions and correspondence with Joseph Dunn, Esq. with the Covington & Burling LLP law firm. Mr. Dunn and I have met and conferred with regard to our position regarding the producer's liens and our request for return of Mr. Coleman's 2024 crop. I have also provide documentation confirming that there was an agreement between Touchstone and Mr. Coleman for the return of his crop. In fact, Touchstone was paid $75,979 by Setton Pistachio ("Setton") to have the crop sent to Setton for further processing. The Receiver analyzed our request and declined our request to have the crop returned pursuant to this agreement. The Receiver concluded that it was in the Receiver's best interest to sell the crop and apparently dispute the producer's lien issue later. We were also told that the Receiver would be returning the $75,979 to Setton. Our client, Mr. Coleman, still requests that the product be sent to Setton pursuant to the agreement Mr. Coleman had in place.

6. We also request that Mr. Schoettler's 63,230 pounds of pistachios sent to Touchstone for the 2024 year also be returned pursuant to the valid producer's lien in place.

7. As it relates to the 2023 bonuses which are asserted in the State Court Actions, the Third Party Growers continue to assert their producer's liens and have not agreed to waive these liens and/or extinguish the Receiver's responsibility or liability for selling the inventory without honoring the liens. Therefore, the Third Party Growers object to any order from this Court extinguishing any right or acts as a waiver of any rights the Third Party Growers have to any party which violates their rights under Food and Agricultural Code section 55631.

8. Finally, the Third Party Growers are concerned with regard to the current condition of the crops being held at the facility and are worried that the condition of the 2024 crops is subject to possible "waste". Accordingly, for this additional reason, it is imperative that the 2024 crops be returned to Mr. Coleman pursuant to the agreement, as well as to Mr. Schoettler, pursuant to California producer's lien law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on December 9, 2024, at Fresno, California.

/s/ Theodore W. Hoppe
Theodore W. Hoppe