# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC, et al.,<br><br>    Defendants. | Case No.  1:24-cv-01105-KES-SAB<br><br>ORDER GRANTING JEFFREY C. MISLEY'S *PRO HAC VICE* APPLICATIONS WITHOUT PREJUDICE<br><br>(ECF No. 82) |

The Court has read and considered the application of Jeffrey C. Misley, attorney for Yellow Hotel II LLC, a creditor in this action, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Jeffrey C. Misley's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **December 17, 2024**

_____
STANLEY A. BOONE
United States Magistrate Judge