# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOUCHSTONE PISTACHIO COMPANY, LLC, et al., <br><br> Defendants. | Case No.  1:24-cv-01105-KES-SAB <br><br> ORDER DENYING GARRETT S. EGGEN'S *PRO HAC VICE* APPLICATIONS WITHOUT PREJUDICE <br><br> (ECF Nos. 81, 83) |

The court has read and considered the two applications of Garrett S. Eggen, attorney for Yellow Hotel II LLC, a creditor in this action, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  (ECF Nos. 81, 83.)  Neither application includes a certificate of good standing as indicated to have been attached to both applications.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that Garrett S. Eggen's applications to appear *pro hac vice* (ECF No. 81, 83) are DENIED without prejudice to be resubmitted with the certificate of good standing.

IT IS SO ORDERED.

Dated: **December 17, 2024**

STANLEY A. BOONE
United States Magistrate Judge