# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOUCHSTONE PISTACHIO COMPANY, LLC, et al., <br><br> Defendants. | Case No. 1:24-cv-01105-KES-SAB <br><br> ORDER GRANTING GARRETT S. EGGEN'S *PRO HAC VICE* APPLICATION <br><br> (ECF No. 88) |

The Court has read and considered the application of Garrett S. Eggen, attorney for Yellow Hotel II LLC, a creditor in this action, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Garrett S. Eggen's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **December 19, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1