UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>  vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br>    Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**ORDER GRANTING RECEIVER AND PLAINTIFF'S JOINT EX PARTE APPLICATION FOR ORDER SCHEDULING HEARING ON SHORTENED TIME**<br><br>Doc. 106 |

Upon due consideration of Receiver and Plaintiff's Joint Ex Parte Application for (I) Order Scheduling Hearing on Shortened Time and (II) Order Confirming Scope of Receivership Property (the "<u>Application</u>")[1] and the declarations of David P. Stapleton, Karen Boyer, and Joseph R. Dunn in support thereof, the Court hereby finds that good cause exists to enter an initial order setting a shortened briefing and hearing schedule for the Application. Having found the foregoing,

**IT IS ORDERED:**

1. Oppositions to the Application, including to entry of the Proposed Confirming Order as requested in the Application, if any, must be filed and served by **January 29, 2025**.

2. Replies to any opposition must be filed and served by **4:00 p.m.** on **January 31, 2025**.

3. The hearing on the Application will be held on **February 3, 2025 at 1:30 p.m. in Courtroom 6 before District Judge Kirk E. Sherriff**.

IT IS SO ORDERED.

Dated:   January 24, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.