1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| U.S. BANK NATIONAL ASSOCIATION, | No. 1:24-cv-01105-KES-SAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AUTHORIZING RECEIVER'S PROPOSED ACTION REGARDING LITIGATION ASSET** |
| TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC, | (Doc. 124) |
| Defendants. | |

1

Upon due consideration of Receiver David P. Stapleton's Notice of Proposed Action of Receiver Regarding Litigation Asset (the "<u>Notice</u>"),[1] Doc. 124, filed and served pursuant to paragraph 39 of the Receivership Order (defined below), and in the absence of any responses thereto, the Court hereby finds that:

    A.    On September 28, 2024, the Court entered an Order Appointing Receiver in the above-captioned matter at Doc. 32 (the "Receivership Order").

    B.    The Receivership Order authorizes the Receiver to administer the Receivership Property, including to abandon any Receivership Property (including the UCL Claim) that is burdensome or of inconsequential value or benefit to the receivership estate, subject to Court approval and on conditions or terms that the Court considers just and proper.

    C.    Good cause exists to enter an order authorizing the Receiver to dismiss or otherwise abandon the UCL Claim.

Having found the foregoing,

**IT IS ORDERED:**

1. The Receiver is authorized to take such action as he deems necessary or appropriate to cause the UCL claim to be dismissed, or to otherwise abandon the UCL Claim.

2. The Receiver is further authorized to take all actions the Receiver deems necessary or appropriate to effectuate the relief granted in this Order.

IT IS SO ORDERED.

Dated:   February 19, 2025

UNITED STATES DISTRICT JUDGE

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Notice.

2