# EXHIBIT C

**COVINGTON**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T  +1 424 332 4800

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

David Stapleton
President
Stapleton Group
515 South Flower Street
18th Floor
Los Angeles, CA 90071

February 21, 2025

Invoice No.:              61125208
Account:              047770.00001

**David Stapleton**

**Re: General Receivership Matters**

For professional services rendered in connection with the above referenced matter through
January 31, 2025:

| | | |
|---|---|---|
| **Fees:** | $ | **284,152.50** |
| **Disbursements:** | | |
| Computer Research | $ | 408.72 |
| Travel - Air/Rail | $ | 613.45 |
| Travel - Auto Rental | $ | 105.93 |
| Travel Meals | $ | 84.56 |
| Travel - Lodging | $ | 210.39 |
| Travel - Cabs/Public Transportation | $ | 4.12 |
| Document Retrieval Services | $ | 183.00 |
| Westlaw Research | $ | 443.57 |
| Miscellaneous Costs | $ | 8.28 |
| Federal Express | $ | 51.20 |
| Lexis Research | $ | 1,521.52 |
| Metered Mail | $ | 147.63 |
| **Disbursements** | **$** | **3,782.37** |
| **Total Fees and Disbursements:** | **$** | **287,934.87** |
| | | |
| **TOTAL AMOUNT DUE:** | **$** | **287,934.87** |

**David Stapleton**
General Receivership Matters
047770.00001
Invoice No.: 61125208

Page 2

## Time Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/02/25 | Abigail V. O'Brient | Confer with J. Dunn re retention of Cascadia; review and revise Cascadia engagement agreement. | 3.10 |
| 01/02/25 | Julia C. Philips Roth | Confer with client re: grower inquiry; confer with client and lender re: disbursement motion; confer with J. Dunn re: bid procedures motion; legal research re: same; draft same. | 5.50 |
| 01/03/25 | Joseph R. Dunn | Calls with J. Phillips Roth, client re sale process; multiple emails re same. | 1.20 |
| 01/03/25 | Julia C. Philips Roth | Call with J. Dunn and client re: real property sale process; legal research re: judicial sales; draft bidding procedures motion. | 7.80 |
| 01/05/25 | Julia C. Philips Roth | Legal research re: judicial sales; draft and revise bidding procedures motion. | 2.20 |
| 01/06/25 | Joseph R. Dunn | Calls with lender group, lender counsel re disbursement motion, sales process; call with client re same; attention to bid procedures issues. | 2.50 |
| 01/06/25 | Julia C. Philips Roth | Strategy and update call re: legal workstreams with client and J. Dunn; legal research re: judicial sales of real property; revise bidding procedures motion and related documents. | 5.80 |
| 01/06/25 | Julia C. Philips Roth | Legal research re: judicial sales; draft and revise bidding procedures motion. | 3.30 |
| 01/07/25 | Joseph R. Dunn | Confer with J. Phillips Roth re Terra Bella sale terms, process; call with lender group re same; review bid procedures and comment on term sheet. | 2.60 |
| 01/07/25 | Julia C. Philips Roth | Confer with client about creditor inquiry; survey asset sale term sheets and draft Terra Bella term sheet; revise bidding procedures and related documents; confer with J. Dunn re: same. | 3.30 |
| 01/08/25 | Joseph R. Dunn | Continue revising term sheet; calls with client, Cascadia re Terra Bella sale process; attention to Cascadia engagement terms and confer with J. Phillips Roth re notice of intent re same. | 3.80 |
| 01/08/25 | Julia C. Philips Roth | Call with client, Cascadia, and J. Dunn re: bidding procedures and sale issues; revising bidding procedures motion and proposed order; draft notice of intent to employ Cascadia and proposed order re: same; confer with J. Dunn re: same. | 3.00 |
| 01/09/25 | Joseph R. Dunn | Call with internal team re sale process, draft PSA; confer re bid procedures; multiple calls with client, lender team re same, equipment issues; emails re UCL claim; attention to | 6.50 |

**David Stapleton**
General Receivership Matters
047770.00001
Invoice No.: 61125208

Page 3

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | Cascadia engagement terms; email to defendants' counsel re bid procedures; email from grower counsel; follow up email re same; review NDA and email re same; revise bid procedures and emails re same. | |
| 01/09/25 | Heather G. Haberl | Call with P. Manchester re Terra Bella sale. | 0.50 |
| 01/09/25 | Patrick Manchester | Call with H. Haberl re: scope of Terra Bella assets and structure of potential sale transaction. | 0.60 |
| 01/09/25 | Abigail V. O'Brient | Revise form NDA for potential purchasers; review and revise bidding procedures. | 1.80 |
| 01/09/25 | Julia C. Philips Roth | Revise notice of proposed retention of Cascadia; call with J. Dunn and P. Manchester re: Terra Bella asset sale; analyze draft purchase agreement; revise bidding procedures motion and related documents; legal research re: same. | 6.20 |
| 01/10/25 | Joseph R. Dunn | Call with corporate team re PSA, sale structures; multiple calls and emails re bid procedures, including meet and confer; email to lender counsel re grower claim; revise bid procedures and emails with lender counsel re same; emails with grower counsel; email to processor re inventory. | 6.20 |
| 01/10/25 | Heather G. Haberl | Call with J. Dunn, P. Manchester re Terra Bella sale. | 1.00 |
| 01/10/25 | Patrick Manchester | Conference call re: scope of potential sale transaction, launch of bidding process and preparation of PSA. | 0.80 |
| 01/10/25 | Julia C. Philips Roth | Call with Cascadia, client, and J. Dunn re: bidding procedures; revise same, motion re: same, and related documents; meet and confer call with defendants' counsel re: bidding procedures; diligence and research re: public sale statutory requirements; revise bidding procedures and related papers. | 6.20 |
| 01/11/25 | Heather G. Haberl | Analysis of outstanding real estate issues re Terra Bella matter. | 0.40 |
| 01/11/25 | Patrick Manchester | Communications with H. Haberl re: draft PSA and transaction scope. | 0.10 |
| 01/12/25 | Joseph R. Dunn | Review and revise bid procedures motion; multiple emails, calls with client team, J. Phillips Roth re same. | 3.40 |
| 01/12/25 | Heather G. Haberl | Emails re real estate questions related to preparation of PSA. | 0.30 |
| 01/12/25 | Patrick Manchester | Communications with H. Haberl re: transaction scope. | 0.20 |
| 01/12/25 | Julia C. Philips Roth | Confer with J. Dunn re: bidding procedures and sale motion; revise same. | 1.20 |
| 01/12/25 | Zachary T. Schutz | Review potential transaction materials; draft follow-up questions. | 0.80 |

**David Stapleton**
General Receivership Matters
047770.00001
Invoice No.: 61125208

Page 4

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/13/25 | Joseph R. Dunn | Review objections to disbursement motion and confer re reply; call with lender counsel re same; multiple emails, calls and analysis re APN issue; lengthy email to client, lender counsel re same. | 8.20 |
| 01/13/25 | Heather G. Haberl | Review Terra Bella sale materials. | 0.60 |
| 01/13/25 | Julia C. Philips Roth | Diligence re: APN issue with Terra Bella property; draft motion to shorten time; draft declarations in support of bidding procedures; revise bidding procedures and sale motion; diligence re: public sale statutory requirements; call with J. Dunn and client re: Terra Bella sale; finalize and file notice of intent to engage Cascadia. | 6.40 |
| 01/13/25 | Zachary T. Schutz | Confer internally regarding draft PSA; revise same. | 0.20 |
| 01/14/25 | Joseph R. Dunn | Call with internal team re APN issues; conferences with J. Phillips Roth, lender counsel re reply on disbursement motion; emails and call with client team re APN issues, bid procedures. | 2.80 |
| 01/14/25 | Heather G. Haberl | Call with internal team re Terra Bella title matters. | 0.50 |
| 01/14/25 | Julia C. Philips Roth | Call with H. Haberl, Z. Schutz, and D. Dunn re: real property issues; call with J. Dunn and client re: same; analyze oppositions to disbursement motion; conduct legal research re: same. | 6.00 |
| 01/14/25 | Zachary T. Schutz | Confer internally regarding real estate matters for draft PSA. | 1.30 |
| 01/15/25 | Joseph R. Dunn | Research and factual analysis re APN issue; calls and emails with lender counsel, internal team re same; attention to arguments in response to disbursement motion oppositions; emails with lender counsel, J. Phillips Roth re same; analysis and emails re equipment issues. | 4.50 |
| 01/15/25 | Patrick Manchester | Review and comment on list of questions re: APN issue. | 0.30 |
| 01/15/25 | Julia C. Philips Roth | Analyze objections to disbursement motion; further research re: same; call with J. Dunn re: legal workstreams; analyze legal diligence issues re: real property sale; email to J. Dunn re: same; confer with client re: contract issues. | 3.60 |
| 01/15/25 | Zachary T. Schutz | Confer and correspond internally regarding transaction; research potential partition sale. | 0.40 |
| 01/16/25 | Joseph R. Dunn | Call with client team re equipment, bid procedure issues; multiple emails re same; emails with client re contract issues, equipment bids; analysis of equipment sale prospects, relation to Terra Bella property. | 3.60 |
| 01/16/25 | Julia C. Philips Roth | Call with J. Dunn and client re: sale process issues; diligence re: same. | 1.00 |
| 01/16/25 | Zachary T. Schutz | Draft PSA. | 0.50 |

**David Stapleton**
General Receivership Matters
047770.00001
Invoice No.: 61125208

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/17/25 | Joseph R. Dunn | Multiple emails, calls re sale process issues, APN issues, equipment; attention to reply re disbursement motion, including factual analysis, emails re grower claim amounts. | 2.60 |
| 01/17/25 | Tristan R. Malhotra | Analyze processor response letter; research re arguments raised in same. | 0.80 |
| 01/17/25 | Julia C. Philips Roth | Communicate with J. Dunn and client re: bid procedures and sale issues; legal research re: sale authority and process issues; diligence re: bidding procedures; analyze letter from creditor; confer with T. Malhotra and J. Dunn re: legal research re: same. | 3.10 |
| 01/18/25 | Joseph R. Dunn | Emails with lender counsel re APN issues. | 0.20 |
| 01/19/25 | Joseph R. Dunn | Emails with lender's counsel re sale issues. | 0.20 |
| 01/19/25 | Tristan R. Malhotra | Continue researching arguments raised by processor and draft responses to same. | 4.00 |
| 01/20/25 | Joseph R. Dunn | Review and revise receiver's report; sale issues; grower issues. | 4.70 |
| 01/20/25 | Tristan R. Malhotra | Further research re response to processor arguments. | 2.80 |
| 01/20/25 | Tristan R. Malhotra | Lengthy email to J. Phillips Roth re response to processor arguments. | 1.20 |
| 01/20/25 | Tristan R. Malhotra | Call with J. Phillips Roth re research on response to processor arguments. | 0.50 |
| 01/20/25 | Julia C. Philips Roth | Revise monthly report; update and strategy call with J. Dunn and client; call with T. Malhotra re: creditor letter legal research; legal research re: disbursement motion oppositions; call with J. Dunn re: confirmation of scope of receivership property; legal research re: same; prepare third professional compensation notice. | 7.40 |
| 01/21/25 | Joseph R. Dunn | Multiple emails, calls and analysis re sale, APN issues; emails re UCL claim; emails re severance issues; update term sheet on potential sale; review and revise ex parte application re APN issue. | 5.00 |
| 01/21/25 | Patrick Manchester | Call with H. Haberl re: transaction status and next steps for draft PSA. | 0.20 |
| 01/21/25 | Abigail V. O'Brient | Comment on stalking horse bidder term sheet. | 0.60 |
| 01/21/25 | Tristan R. Malhotra | Research re waiver of statutory right via contract. | 3.00 |
| 01/21/25 | Julia C. Philips Roth | Confer with client re: Terra Bella sale issues; revise term sheet; legal research re: disbursement motion reply; analysis re: same; draft ex parte application for confirmation of scope of receivership property. | 9.30 |
| 01/21/25 | Lori A. Ruth | Research caselaw re written waiver of a statutory lien. | 1.90 |

David Stapleton
General Receivership Matters
047770.00001
Invoice No.: 61125208

Page 6

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/22/25 | Joseph R. Dunn | Continue reviewing and revising ex parte application re APN issue; attention to term sheet, reply brief on disbursement motion, including multiple emails and calls re same. | 6.80 |
| 01/22/25 | Heather G. Haberl | Review memo re title issues; confer with team re same. | 0.60 |
| 01/22/25 | Patrick Manchester | Review draft term sheet re Terra Bella assets; conference call re: transaction status and next steps for PSA. | 0.60 |
| 01/22/25 | Tristan R. Malhotra | Research re parol evidence issues. | 1.50 |
| 01/22/25 | Julia C. Philips Roth | Revise ex parte application re APN issue; draft and revise related documentation; call with J. Dunn and client re sale issues; legal analysis re creditor letter; emails with T. Malhotra and J. Dunn re same; legal research re disbursement motion reply; draft same. | 10.60 |
| 01/22/25 | Zachary T. Schutz | Review real estate diligence materials; continue drafting PSA; confer regarding outstanding matters re same. | 0.70 |
| 01/22/25 | Lori A. Ruth | Research case law re waiver by contract. | 1.10 |
| 01/23/25 | Joseph R. Dunn | Calls with lender counsel re APN issue; multiple emails and calls re ex parte application, reply brief; review and revise briefs re same; review case law re same; attention to finalizing documents and filing. | 9.70 |
| 01/23/25 | Julia C. Philips Roth | Revise and finalize ex parte application re receivership order; coordinate filing of same; legal research re disbursement motion reply; revise and finalize same; coordinate filing of same; analyze professional fee invoices; draft comments re monthly report. | 14.70 |
| 01/23/25 | Zachary T. Schutz | Continue drafting template PSA. | 3.50 |
| 01/24/25 | Joseph R. Dunn | Call with counsel for potential asset purchaser; attend call with lender, client; emails re supply agreements; emails with Prudential receiver counsel re ex parte application; emails with client team re grower payables; revise notice of ex parte; call with lender's counsel re APN issue; email to guarantor counsel re same; review and comment on Receiver's report for December 2024. | 4.80 |
| 01/24/25 | Julia C. Philips Roth | Analyze scheduling order; draft notice re same; coordinate filing of same; update legal workstream tracker. | 1.20 |
| 01/24/25 | Zachary T. Schutz | Revise draft PSA. | 0.60 |
| 01/26/25 | Joseph R. Dunn | Review and revise information for lender and emails with client team re same; revise Receiver's report for December 2024. | 2.20 |
| 01/26/25 | Julia C. Philips Roth | Update legal workstreams tracker | 0.30 |
| 01/27/25 | Joseph R. Dunn | Call with client team re legal workstreams; analysis re processor claim dispute; draft demand letter re same; call | 4.10 |

**David Stapleton**                                                                                    Page 7
General Receivership Matters
047770.00001
Invoice No.: 61125208

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | with A. O'Brient re PSA; emails with client re sale timeline, related issues. | |
| 01/27/25 | Heather G. Haberl | Review and revise template PSA. | 1.40 |
| 01/27/25 | Abigail V. O'Brient | Begin revising form of PSA. | 1.40 |
| 01/27/25 | Julia C. Philips Roth | Strategy and update call with J. Dunn and client; draft and revise third compensation notice; emails with J. Dunn re: same; revise bidding procedures; revise letter to creditor. | 4.70 |
| 01/27/25 | Zachary T. Schutz | Confer re draft PSA; revise same. | 0.60 |
| 01/28/25 | Joseph R. Dunn | Attend meeting with lender group; meet with J. Phillips Roth re legal workstreams; review comments from client re letter to processor; attention to further revisions and finalize same; analysis of tax issues; call with client re equipment sale issues; emails with lender re letter from BTV, tax issues; email to Yellow Hotel re withdrawal of objection; review and revise proposed notice of compensation and address outstanding issues re same; emails with client re tax issues. | 5.70 |
| 01/28/25 | Abigail V. O'Brient | Continue revising form of PSA. | 2.50 |
| 01/28/25 | Julia C. Philips Roth | Meeting with J. Dunn re sale process, hearing preparation, and other legal workstreams; revise and finalize letter to creditor; revise legal workstream tracker; revise notice of intent to abandon asset | 4.20 |
| 01/29/25 | Joseph R. Dunn | Calls with processor counsel re settlement exchange; emails with client re same; emails with client re tax issues; email to BTV counsel re letter to Touchstone; emails with lender counsel re same; emails with client re Receiver's report and additional edits; review opposition to ex parte; emails with lender counsel re same; review notice of compensation; review research results re issues raised in opposition and follow up research re same. | 5.30 |
| 01/29/25 | Julia C. Philips Roth | Prepare for hearing on disbursement motion and ex parte application; revise third compensation notice; communicate with J. Dunn and client re same; revise bidding procedures and related papers; analyze opposition to ex parte application; draft reply to same; legal research re same. | 6.80 |
| 01/30/25 | Joseph R. Dunn | Review and revise reply brief on ex parte; call with J. Phillips Roth re same; draft declaration re same; call with client, D. Kieffer re same; multiple emails re sale issues. | 5.70 |
| 01/30/25 | Abigail V. O'Brient | Confer with J. Dunn re reply in support of ex parte to confirm scope of real property in receivership estate; continue revising PSA. | 1.30 |
| 01/30/25 | Julia C. Philips Roth | Legal research re reply brief; draft and revise same; communicate with J. Dunn re same; revise and finalize | 8.90 |

**David Stapleton**                                                                 Page 8
General Receivership Matters
047770.00001
Invoice No.: 61125208

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | monthly report; coordinate filing of same; revise and finalize third compensation notice. | |
| 01/31/25 | Joseph R. Dunn | Finalize revisions to ex parte reply; call with D. Kieffer re declaration; calls with lender counsel re same and lender reply; revise same; prepare for Feb 3 hearings. | 6.60 |
| 01/31/25 | Abigail V. O'Brient | Review and revise reply in support of ex parte to confirm scope of receivership property. | 0.40 |
| 01/31/25 | Julia C. Philips Roth | Revise and finalize reply in support of ex parte application; coordinate filing of same; prepare materials for hearing on ex parte application and disbursement motion; communicate with client re: sales summary; draft notice of errata; revise bidding procedures; draft scheduling order; communicate with J. Dunn re legal workstreams; revise notice of intended action re litigation asset. | 6.70 |
| **Total** | | | **292.90** |

**David Stapleton**
General Receivership Matters
047770.00001
Invoice No.: 61125208

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | | Amount |
|------------|-------|-------|------|---|--------|
| Dunn, Joseph R. | Partner | 108.90 | 975.00 | $ | 106,177.50 |
| Haberl, Heather G. | Partner | 5.30 | 975.00 | $ | 5,167.50 |
| Manchester, Patrick | Partner | 2.80 | 975.00 | $ | 2,730.00 |
| O'Brient, Abigail V. | Partner | 11.10 | 975.00 | $ | 10,822.50 |
| Malhotra, Tristan R. | Associate | 13.80 | 975.00 | $ | 13,455.00 |
| Philips Roth, Julia C. | Associate | 139.40 | 975.00 | $ | 135,915.00 |
| Schutz, Zachary T. | Associate | 8.60 | 975.00 | $ | 8,385.00 |
| Ruth, Lori A. | Research Librarian | 3.00 | 500.00 | $ | 1,500.00 |
| **Totals** | | **292.90** | | **$** | **284,152.50** |

## Disbursement Summary

| Description | | Amount |
|-------------|---|--------|
| Lexis Research | $ | 1,521.52 |
| Westlaw Research | $ | 443.57 |
| Computer Research | $ | 408.72 |
| Travel - Auto Rental | $ | 105.93 |
| Travel - Lodging | $ | 210.39 |
| Travel - Air/Rail | $ | 613.45 |
| Travel - Cabs/Public Transportation | $ | 4.12 |
| Miscellaneous Costs | $ | 8.28 |
| Document Retrieval Services | $ | 183.00 |
| Travel Meals | $ | 84.56 |
| Metered Mail | $ | 147.63 |
| Federal Express | $ | 51.20 |
| **Totals** | **$** | **3,782.37** |