JOSEPH R. DUNN (State Bar No. 238069)
jdunn@cov.com
JULIA PHILIPS ROTH (State Bar No. 324987)
jphilipsroth@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Counsel for Receiver
DAVID P. STAPLETON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**NOTICE OF ORDER SCHEDULING HEARING ON RECEIVER'S (I) MOTION FOR ORDERS APPROVING CERTAIN BIDDING PROCEDURES AND BID PROTECTIONS AND CONFIRMING THE SALE OF ASSETS AND (II) EX PARTE APPLICATION FOR ORDER AUTHORIZING RECEIVER TO ENGAGE CASCADIA CAPITAL, LLC AS MARKETING AGENT**<br><br>Hearing:<br>Date:       March 10, 2025<br>Time:      1:30 p.m. PT<br>Location:  Courtroom 6, 7th floor<br>               2500 Tulare Street<br>               Fresno, CA  93721<br>Judge:     Hon. Kirk E. Sherriff<br><br>Action Filed:  September 17, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, as set forth in the Court's *Order Scheduling Bid Procedure Hearing on Shortened Time* [Dkt. 135], a copy of which is attached hereto as Exhibit 1, the hearing (the "Bid Procedures Hearing") on the motion [Dkt. 131] (the "Motion") and ex parte application [Dkt. 133] filed by Receiver David P. Stapleton (the "Receiver") seeking, respectively, orders (I) approving certain bidding procedures and bid protections and confirming the sale of assets, and (II) authorizing the Receiver to engage Cascadia Capital, LLC as marketing agent (the "Proposed Retention Order") will be held on **March 10, 2025, at 1:30 p.m. PT**, in Courtroom 6, located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721.

**PLEASE TAKE FURTHER NOTICE** that, if you wish to oppose the Motion, you must file and serve such opposition on the undersigned counsel for the Receiver on or before **March 6, 2025**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 230(c) of the Local Rules of Practice for the United States District Court, Eastern District of California, no party will be entitled to be heard in opposition to the Motion at oral argument if opposition to the Motion has not been timely filed by that party. If you fail to file a timely written response to the Motion, the Court may treat such failure as non-opposition and grant the requested relief. If you wish to oppose the entry of the Proposed Retention Order, you can present such opposition at the Bid Procedures Hearing. If you do not oppose the Motion or entry of the Proposed Retention Order, you do not need to take further action.

DATED: March 4, 2025

COVINGTON & BURLING LLP

By: /s/ *Joseph R. Dunn*

Joseph R. Dunn (State Bar No. 238069)
jdunn@cov.com
Julia Philips Roth (State Bar No. 324987)
jphilipsroth@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Counsel for Receiver
DAVID P. STAPLETON

---

2

NOTICE OF ORDER SCHEDULING HEARING ON RECEIVER'S (I) MOTION FOR ORDERS APPROVING CERTAIN BIDDING PROCEDURES AND BID PROTECTIONS AND CONFIRMING THE SALE OF ASSETS AND (II) EX PARTE APPLICATION FOR ORDER AUTHORIZING RECEIVER TO ENGAGE CASCADIA CAPITAL, LLC A