# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**ORDER SCHEDULING BID PROCEDURES HEARING ON SHORTENED TIME**<br><br>(Docs. 131, 133) |

Upon due consideration of Receiver's Ex Parte Application to (I) Shorten Time on Receiver's Motion for Orders Approving Certain Bidding Procedures and Bid Protections and Confirming the Sale of Assets and (II) Authorize Receiver to Engage Cascadia Capital, LLC as Marketing Agent (the "Application"),[1] and the declarations of David P. Stapleton, Scott Porter and Joseph R. Dunn referenced in the Application, the Court hereby finds that good cause exists to enter an order setting a shortened briefing and hearing schedule for the Motion and for the Proposed Retention Order. Having found the foregoing,

**IT IS ORDERED:**

1. Oppositions to the Motion, including entry of a proposed order as requested in the Motion, if any, must be filed and served by **March 6, 2025**.

2. Any party opposing entry of the Proposed Retention Order can present such opposition at the hearing on the Motion and the Proposed Retention Order (the "Bid Procedures Hearing").

3. Replies to any opposition may be filed or raised at or before the Bid Procedures Hearing.

4. The Bid Procedures Hearing will be held on **March 10, 2025 at 1:30 p.m. PT** in Courtroom 6 before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:    March 3, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

2