JOSEPH R. DUNN (State Bar No. 238069)
jdunn@cov.com
JULIA PHILIPS ROTH (State Bar No. 324987)
jphilipsroth@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Counsel for Receiver
DAVID P. STAPLETON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| U.S. BANK NATIONAL ASSOCIATION, | Case No. 1:24-cv-01105-KES-SAB |
|---|---|
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC, | Action Filed:  September 17, 2024 |
| Defendants. | |

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Covington & Burling LLP, 1999 Avenue of the Stars, Los Angeles, CA 90067.

On this day, I served the documents described as:

- **NOTICE OF ORDER SCHEDULING HEARING ON RECEIVER'S (I) MOTION FOR ORDERS APPROVING CERTAIN BIDDING PROCEDURES AND BID PROTECTIONS AND CONFIRMING THE SALE OF ASSETS AND (II) EX PARTE APPLICATION FOR ORDER AUTHORIZING RECEIVER TO ENGAGE CASCADIA CAPITAL, LLC AS MARKETING AGENT**

by causing the documents to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system, from Covington & Burling LLP at 1999 Avenue of the Stars, Los Angeles, California.  Executed on **March 4, 2025** at Los Angeles, California.

Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Maria Gelabert | |
| --- | --- |
| Print Name | Signature |