AO 154 (10/03)

# UNITED STATES DISTRICT COURT

Eastern      District of      California

U.S. BANK NATIONAL ASSOCIATION,

Plaintiff (s),

V.

TOUCHSTONE PISTACHIO COMPANY, LLC, et al.,

Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 1:24-cv-01105-KES-SAB

Notice is hereby given that, subject to approval by the court, __Defendant Darius Assemi, Individually__ substitutes
                                              (Party (s) Name)

__Ali Mojdehi__ , State Bar No. __123846__ as counsel of record in
        (Name of New Attorney)

place of __Beth Ann R. Young and Richard P. Steelman, Jr. of Levene, Neale, Bender, Yoo & Golubchik L.L.P.__ .
                          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Mojdehi Galvin Rego LLP

Address:     2550 5th Ave Ste 910, San Diego, CA 92103-6625

Telephone:     (619) 549-4000        Facsimile _____

E-Mail (Optional):     ali.mojdehi@mgr-legal.com; allison.rego@mgr-legal.com

I consent to the above substitution.

Date:     March 4, 2025

(Signature of Party (s))

I consent to being substituted.

Date:     March 4, 2025

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     March 4, 2025

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | District of | California |
|---|---|---|

U.S. BANK NATIONAL ASSOCIATION,

Plaintiff (s),

V.

**TOUCHSTONE PISTACHIO COMPANY, LLC, et al.,**

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  1:24-cv-01105-KES-SAB

Notice is hereby given that, subject to approval by the court,  Defendant Darius Assemi, as Trustee of the Amended and Restated Darius Assemi Revocable Trust  substitutes
(Party (s) Name)

Ali Mojdehi  . State Bar No.  123846  as counsel of record in
(Name of New Attorney)

place of  Beth Ann R. Young and Richard P. Steelman, Jr. of Levene, Neale, Bender, Yoo & Golubchik L.L.P.  .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  Mojdehi Galvin Rego LLP

Address:  2550 5th Ave Ste 910, San Diego, CA 92103-6625

Telephone:  (619) 549-4000  Facsimile

E-Mail (Optional):  ali.mojdehi@mgr-legal.com; allison.rego@mgr-legal.com

I consent to the above substitution.

Date:  March 4, 2025

_____
(Signature of Party (s))

I consent to being substituted.

Date:  March 4, 2025

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  March 4, 2025

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]