UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC, GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC<br><br>　　　　　Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**ORDER GRANTING JOINT INTERVENORS' EX PARTE APPLICATION FOR LEAVE TO INTERVENE FOR THE LIMITED PURPOSE OF FILING A RESERVATION OF RIGHTS REGARDING MARICOPA DEFENDANTS' MOTION TO IMPLEMENT PRECODURES COORDINATING RECEIVERSHIP SALE PROCESSES** |

1    The Court, having considered the joint Ex Parte Application for Leave to Intervene for the Limited Purpose of Filing a Reservation of Rights Regarding Maricopa Defendants' Motion to Implement Procedures Coordinating Receivership Sale Processes ("joint Ex Parte Application"), filed by Metropolitan Life Insurance Company ("MetLife"), Brighthouse Life Insurance Company ("Brighthouse") and MetLife Real Estate Lending LLC ("MREL") (collectively "Joint Intervenors"), Doc. 147, HEREBY ORDERS as follows:

Joint Intervenors' joint Ex Parte Application and request to appear at the hearing on Monday, March 17, 2025 at 1:30 pm PT pursuant to the Court's March 12, 2025 Minute Order, Doc. 149, is granted.

IT IS SO ORDERED.

Dated:    March 17, 2025

UNITED STATES DISTRICT JUDGE