Jan L. Kahn - # 55788
Rissa A. Stuart - #166459
Hunter W. Swearingen - #339788
KAHN, SOARES & CONWAY LLP
219 N. Douty Street
Hanford, CA 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348
jkahn@kschanford.com

Attorneys for MALAKAN INVESTMENTS, LLC, a California limited liability company, TERRA BELLA RANCH, LLC, a California limited liability company, and MILLENNIUM ACQUISITIONS, LLC, a California limited liability company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>　　　　Defendants. | Case No. 1:24-CV-01105-KES-SAB<br><br>**NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEAL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is hereby given that MALAKAN INVESTMENTS, LLC, a California limited liability company, TERRA BELLA RANCH, LLC, a California limited liability company, and MILLENNIUM ACQUISITIONS, LLC, a California limited liability company, appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Receiver's Motion for Order Authorizing Interim Disbursement entered by the District Court on February 19, 2025.

The Order appealed is a final and appealable Order that Appellants waived their California Producer's lien rights established by California Food & Agricultural Code § 55631, *et seq.* and, thus, are not entitled to priority with respect to any disbursement from the Receiver in this matter.

Dated: March 19, 2025                    KAHN, SOARES & CONWAY, LLP


By: /s/ *Jan L. Kahn*
Jan L. Kahn
jkahn@kschanford.com
Attorneys for MALAKAN INVESTMENTS, LLC,
TERRA BELLA RANCH, LLC, , and
MILLENNIUM ACQUISITIONS, LLC