1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| U.S. BANK NATIONAL ASSOCIATION, | Case No. 1:24-cv-01105-KES-SAB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER AUTHORIZING PROPOSED ACTION OF RECEIVER REGARDING SECOND INTERIM DISBURSEMENT** |
| TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC, | (Doc. 163) |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Upon due consideration of Receiver David P. Stapleton's Notice of Proposed Action of Receiver Regarding Second Interim Disbursement, Doc. 163 (the "Notice"),[1] filed and served pursuant to paragraph 39 of the Receivership Order (defined below), and in the absence of any responses thereto, the Court hereby finds that:

A.    On September 28, 2024, the Court entered an Order Appointing Receiver in the above-captioned matter at Doc. 32 (the "Receivership Order").

B.    The Receivership Order permits the Receiver to expend the Receivership Property and proceeds thereof for specified authorized purposes, but otherwise provides that the Receiver is not permitted to disburse funds in his possession to creditors without further order of the Court.

C.    The Receiver previously established and the Court previously found that plaintiff U.S. Bank National Association has a priority right under applicable law to receive funds comprising the proposed Second Interim Disbursement, which constitute the proceeds of the sale of certain pistachio crop delivered to Touchstone.  Doc. 127.

D.    The Receiver has established reasonable and adequate Reserves of Cash on Hand for other potential liabilities and expenses as set forth in the Notice, including for amounts alleged to be owed to the Excluded 2023 Non-Maricopa Growers and the Grower Appellants.

E.    Good cause exists to enter an order authorizing the Receiver to make the Second Interim Disbursement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Notice.

Having found the foregoing, **IT IS ORDERED:**

1.      The Receiver is authorized to make the Second Interim Disbursement to plaintiff U.S. Bank in the amount of $21,792,101, consisting of $19,637,392 of 2023 crop inventory proceeds, and $2,154,709 of 2024 crop inventory proceeds.

2.      The Receiver is further authorized to establish the Reserves as set forth in the Notice.

3.      The Receiver is further authorized to take all actions the Receiver deems necessary or appropriate to effectuate the relief granted in this Order.

IT IS SO ORDERED.

    Dated:    April 7, 2025    _____

                                                    UNITED STATES DISTRICT JUDGE