**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>                Plaintiff,<br><br>v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVNEUE INVESETMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>                Defendants. | No. 1:24-cv-01105-KES-SAB<br><br>**STIPULATION AND ORDER TO LIFT STAY FOR PURPOSES OF DISMISSING STATE COURT GROWER ACTIONS**<br><br>(Doc. 176) |

**TO THE COURT, CLERK, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

David P. Stapleton, in his capacity as the Court-appointed receiver of the assets and operations of Touchstone Pistachio Company, LLC ("Touchstone") in the above-captioned matter (the "Receiver") and the plaintiffs (collectively, the "Coleman Group"; together with the Receiver, the "Parties")[1] in certain state court actions regarding certain alleged producer's liens (collectively, the "State Court Grower Actions")[2] filed against Touchstone in the Superior Court of California for Fresno County (the "Superior Court"), by and through their respective counsel of record, hereby represent and stipulate as follows:

1. On September 17, 2024, plaintiff U.S. Bank National Association ("U.S. Bank" or "Plaintiff") commenced this action against defendant Touchstone Pistachio Company, LLC ("Touchstone"), among other defendants.

2. On September 30, 2024, the Court entered an order (the "Receivership Order")[3] appointing the Receiver as a general receiver in this matter and enjoining Restrained Parties from taking certain actions, including commencing, prosecuting, continuing or enforcing any suit or proceeding against Touchstone. Doc. 32.

3. On November 19, 2024, the members of the Coleman Group filed notices of stay with the Superior Court in the State Court Grower Actions.

---

[1] The Coleman Group is comprised of Coleman Land Co., LLC; Firestone Farms, LLC; Huron Nuts LLC; Porterville Nuts LLC; Pat Henry; Norag Nuts LLC; SLO Nuts LLC; and The Robert P. Schoettler and Joan C. Schoettler Revocable Trust.

[2] The captions and case numbers of the State Court Grower Actions are captioned as follows: *Coleman Land Co., LLC v. Touchstone Pistachio Company, LLC*, Case No. 24CECG04155; *Porterville Nuts LLC v. Touchstone Pistachio Company, LLC*, Case No. 24CECG04254; *Huron Nuts LLC c. Touchstone Pistachio Company, LLC*, Case No. 24CECG04252; *SLO Nuts LLC v. Touchstone Pistachio Company, LLC*, Case No. 24CECG04248; *Norag Nuts LLC v. Touchstone Pistachio Company, LLC*, Case No. 24CECG04249; *Pat Henry v. Touchstone Pistachio Company, LLC*, Case No. 24CECG04472; *Schoettler v. Touchstone Pistachio Company, LLC*, Case No. 24CECG04188; and *Firestone Farms, LLC v. Touchstone Pistachio Company, LLC*, Case No. 24CECG04189.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Receivership Order.

4. On February 19, 2025, the Court granted the Receiver's motion for order authorizing an interim disbursement to the Coleman Group on account of their alleged producer's liens (the "Initial Disbursement Order"). Doc. 127.

5. Counsel for the Coleman Group has represented that all such liens have been satisfied pursuant to the Initial Disbursement Order.

6. The members of the Coleman Group now seek to dismiss the State Court Grower Actions; however, the injunctive provisions of the Receivership Order arguably prohibit the Coleman Group from taking any action in the State Court Grower Actions without relief from the Court.

7. Therefore, the Parties desire that the members of the Coleman Group be relieved from the injunctive provisions of the Receivership Order, including paragraphs 42–43 thereof, solely for purposes of permitting the members of the Coleman Group to take such actions as they, in consultation with the Receiver, deem necessary or appropriate to cause the Superior Court to dismiss the State Court Grower Actions with prejudice and without costs to any party.

8. As such, the Parties hereby stipulate to the entry of the below Order to Lift Stay for Purposes of Dismissing State Court Grower Actions.

**IT IS SO STIPULATED.**

DATED: April 9, 2025              COVINGTON & BURLING LLP

By: */s/ Joseph R. Dunn*_____

Joseph R. Dunn (State Bar No. 238069)
jdunn@cov.com
Julia Philips Roth (State Bar No. 324987)
jphilipsroth@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Counsel for Receiver
DAVID P. STAPLETON

DATED: April 9, 2025                    HOPPE LAW

By: /s/ *Theodore W. Hoppe (as authorized on 4/9/25)*

Theodore W. Hoppe (State Bar No. 138064)
tad@hoppe-law.com
HOPPE LAW
A PROFESSIONAL LAW OFFICE
680 W. Shaw Avenue, Suite 207
Fresno, California 93704
Telephone: + 1 (559) 241-7070
Facsimile: + 1 (559) 241-7212
Service Email: service@hoppe-law.com

Counsel for Coleman Group
COLEMAN LAND CO., LLC FIRESTONE FARMS, LLC; HURON NUTS LLC; PORTERVILLE NUTS LLC; PAT HENRY; NORAG NUTS LLC; SLO NUTS LLC; and THE ROBERT P. SCHOETTLER AND JOAN C. SCHOETTLER REVOCABLE TRUST

# ORDER TO LIFT STAY FOR PURPOSES OF DISMISSING STATE COURT GROWER ACTIONS

Upon due consideration of the stipulated request of the Parties, the Court hereby finds that good cause exists to enter an order authorizing the Coleman Group to dismiss the State Court Grower Actions. Having found the foregoing,

**IT IS ORDERED:**

1. Notwithstanding anything to the contrary in the Receivership Order, including the injunctive provisions of paragraphs 42–43 thereof, the members of the Coleman Group are hereby authorized to take such actions as they, in consultation with the Receiver, deem necessary or appropriate to cause the Superior Court to dismiss the State Court Grower Actions, with prejudice and without costs to any party.

2. The Court reserves jurisdiction to interpret and enforce the contents of this Order.

IT IS SO ORDERED.

Dated:   April 10, 2025

_____
UNITED STATES DISTRICT JUDGE