JOSEPH R. DUNN (State Bar No. 238069)
jdunn@cov.com
JULIA PHILIPS ROTH (State Bar No. 324987)
jphilipsroth@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Counsel for Receiver
DAVID P. STAPLETON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC, <br><br> Defendants. | Case No. 1:24-cv-01105-KES-SAB <br><br> **RECEIVER'S FIFTH REPORT (FOR THE MONTH ENDING MARCH 31, 2025)** <br><br> Action Filed: September 17, 2024 |

David P. Stapleton, the Court-appointed receiver ("Receiver") for the assets and operations of Touchstone Pistachio Company, LLC ("Touchstone"), pursuant to paragraph 37 of the Receivership Order (defined below), respectfully submits his fifth Monthly Report, for the month ended March 31, 2025 (the "Reporting Period"), regarding the operations and financial affairs of the receivership property in the above-captioned matter (the "Receivership Property").

## I. Appointment

On September 28, 2024, the Court executed that certain *Stipulation and Order on Motion for Order Appointing Receiver* (the "Receivership Order") [Dkt. 32], appointing the Receiver as a general receiver of Touchstone Pistachio Company LLC and its assets. Pursuant to paragraph 40 of the Receivership Order, the Receiver posted the necessary Bond of Receiver with the Court on October 1, 2024 [Dkt. 36]. Receivership Ord., at ¶ 40.

Paragraph 37 of the Receivership Order requires the Receiver to file monthly reports on the operations and financial affairs of the Receivership Property. Receivership Ord., at ¶ 37.

## II. Assets of the Receivership Estate

The primary assets of the receivership estate consist of (i) Touchstone's existing pistachio crop inventory (the "Inventory"), (ii) the Terra Bella processing facility and associated real property and various personal property located thereon and used in operation of the facility (the "Terra Bella Assets"), and (iii) various other equipment purchased by Touchstone but not currently affixed to or used at the Terra Bella plant (the "Excess Equipment").

As of March 31, 2025, Touchstone's remaining Inventory consisted of approximately 3.5 million pounds of pistachios. The bulk of this Inventory (approximately 2.6 million pounds) was 2023 crop, with the remaining crop delivered from both the 2022 and 2024 harvests. An estimated 0.1 million pounds was being held in silos at the Terra Bella plant, 1.1 million packed and scheduled for shipment being held at the Terra Bella plant, 1.8 million pounds located at various cold storage sites in California, and approximately 0.5 million pounds being held in international locations.

With respect to the Terra Bella Assets and the Excess Equipment, during the Reporting Period, the Receiver obtained approval of bidding procedures and furthered his work with Cascadia

Capital, LLC ("Cascadia") and prospective buyers to obtain overbids under the Court-approved procedures. Specifically, as noted in the previous report, the Receiver negotiated and executed a Purchase and Sale Agreement ("PSA") with Zamora Pistachio, LLC to be the Stalking Horse Bidder in the Receiver's sale process. The Receiver filed a motion seeking approval of proposed bidding and sale procedures [Dkt. 131], which was granted on March 17, 2025 and an order approving the bidding and sales procedures (the "Bid Procedures Order") [Dkt. 157] was entered on March 18, 2025. During the Reporting Period, both before and after entry of the Bid Procedures Order, site visits were coordinated with multiple prospective buyers, and the Receiver and his agents had numerous discussions to address inquiries from prospective buyers regarding the assets and the sales process.

**Sales and Operations of Receivership Estate**

During the Reporting Period, the Receiver sold approximately 1.6 million pounds of Inventory at a gross sales price of $1,311,524. In total, the Receiver collected $6,167,987 during the Reporting Period, including $442,520 collected on account of prepayments for the Receiver's sales of Inventory.

During the past month, the Receiver achieved significant milestones in operations. He sustained record high packing rates from silos into FHR and oil-stock products, averaging 350,000 pounds per day. By meticulously planning and executing a complex drop container plan, he minimized shipments to cold storage, thereby reducing transfer and storage costs. This plan involved day-by-day scheduling, lot-specific contracting, and coordination across multiple vessels to various international destinations. Through an aggressive shipping plan, the operations team cleared approximately 800,000 pounds from cold storage facilities, significantly lowering storage-related costs.

Schedules were optimized by completing packing ahead of schedule, reducing the need for additional equipment usage and allowing for a reduction in staff. Additionally, certain oil-stock packing schedules were completed ahead of schedule. Weather events were effectively managed

with minimal additional overtime and weekend operations, preventing delays in the packing schedule and ensuring on-time international shipments.

The Receiver created and implemented a final personnel wind down plan, maximizing effective personnel utilization and allowing for the earliest possible reduction in force. This plan was structured to eliminate the need for temporary labor, resulting in only Touchstone personnel being retained through the end of the month. Many tasks were brought ahead of schedule by five to seven business days for most categories.

### III. Cash Position and Financial Statements

### a. Cash Balance and Income Statement

**Cash Basis Income Statement**
As Of: March 31, 2025

| | October-24 | November-24 | December-24 | January-25 | February-25 | March-25 |
|---|---|---|---|---|---|---|
| **Beginning Balance** [1] | $ 977,365 | $ 7,347,269 | $ 12,016,898 | $ 15,806,805 | $ 26,144,736 | $ 24,521,248 |
| **Receipts** | | | | | | |
| Pre-Receivership AR Collections [2] | 6,211,609 | 5,802,918 | 3,316,214 | 60,250 | 1,071,746 | 49,752 |
| Receivership Sales AR Collections | 1,779,743 | 518,285 | 1,652,811 | 6,787,656 | 9,625,674 | 5,675,715 |
| Receivership Sales Prepayments | - | 231,193 | 882,200 | 5,412,957 | 1,724,080 | 442,520 |
| Asset Sale Receipts | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | 1,614,457 | - |
| **Total Receipts** | $ 7,991,352 | $ 6,552,395 | $ 5,851,224 | $ 12,260,863 | $ 14,035,956 | $ 6,167,987 |
| **Operating Disbursements** | | | | | | |
| *Fixed Expenses* | | | | | | |
| Payroll Expenses | 752,875 | 566,220 | 570,810 | 693,762 | 815,358 | 680,700 |
| Utilities & Equipment | 279,274 | 113,478 | 316,881 | 186,423 | 255,542 | 289,409 |
| Administrative Overhead | 86,407 | 172,791 | 142,155 | 117,050 | 163,782 | 120,370 |
| Insurance & Taxes | 276,355 | 674,408 | 276,163 | 228,393 | 243,239 | 264,137 |
| Other Operating Expenses | 3,550 | 488 | 2,111 | 1,785 | 1,785 | - |
| *Variable Expenses* | | | | | | |
| Processing Expenses | 216,939 | 105,383 | 364,401 | 283,806 | 310,959 | 616,164 |
| Grower payments | - | - | - | - | 1,169,027 | - |
| Contingency | - | - | - | - | - | - |
| **Total Operating Disbursements** | $ 1,615,400 | $ 1,632,767 | $ 1,672,521 | $ 1,511,219 | $ 2,959,692 | $ 1,970,779 |
| **Non-Operating Disbursements** | | | | | | |
| Professional Fees | 6,047 | $ 250,000 | $ 388,797 | $ 411,713 | $ 596,362 | $ 1,174,380 |
| CapEx | - | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | $ 6,047 | $ 250,000 | $ 388,797 | $ 411,713 | $ 596,362 | $ 1,174,380 |
| **Total Disbursements** | $ 1,621,447 | $ 1,882,767 | $ 2,061,318 | $ 1,922,932 | $ 3,556,054 | $ 3,145,159 |
| **Net Cash Flow** | $ 6,369,905 | $ 4,669,628 | $ 3,789,907 | $ 10,337,931 | $ 10,479,903 | $ 3,022,828 |
| **Grower Distributions** | $ - | $ - | $ - | $ - | $ 1,169,027 | $ - |
| **Lender Distributions** | $ - | $ - | $ - | $ - | $ 10,934,363 | $ - |
| **Total Creditor Disbursements** | $ - | $ - | $ - | $ - | $ 12,103,390 | $ - |
| **Ending Balances** | $ 7,347,269 | $ 12,016,898 | $ 15,806,805 | $ 26,144,736 | $ 24,521,248 | $ 27,544,076 |

[1] October financials include 9/28 through 9/30 as these were the first three (3) days of the Receivership

[2] Additional Pre-Receivership AR collections were discovered in older and operating account

### b. Accounts Receivable Statement

**AR Rollforward**
As Of: March 31, 2025

|  | October-24 | November-24 | December-24 | January-25 | February-25 | March-25 |
|---|---|---|---|---|---|---|
| **Beginning Balance** | $ 16,793,311 | $ 11,856,125 | $ 6,740,342 | $ 3,804,201 | $ 2,315,401 | $ 559,888 |
| Pre-Receivership AR Collections | (6,211,609) | (5,802,918) | (3,316,214) | (60,250) | (1,071,746) | (49,752) |
| Receivership Sales AR Collections | (1,779,743) | (518,285) | (1,652,811) | (6,787,656) | (9,625,674) | (5,675,715) |
| Receivership Sales New AR | 3,294,097 | 1,456,812 | 2,032,884 | 5,359,106 | 9,580,907 | 5,384,504 |
| Write Off Adjustments | (239,931) | (251,393) | - | - | (639,000) | (218,925) |
| **Ending Balance** | $ 11,856,125 | $ 6,740,342 | $ 3,804,201 | $ 2,315,401 | $ 559,888 | $ 0 |

### c. Accounts Payable Summary

**AP Summary**
As Of: March 31, 2025

|  | March-25 |
|---|---|
| **Accounts Payable** |  |
| Payroll Expenses | $ 1,229 |
| Utilities & Equipment | 145,046 |
| Administrative Overhead | 95,504 |
| Insurance & Taxes [1] | 212,650 |
| Processing Expenses | 13,790 |
| Professional Fees | 109,377 |
| **Total Accounts Payable** | $ 577,597 |

**[1]** Property taxes accrued for 2025, which will be paid in April 2025

DATED: May 1, 2025

*David P. Stapleton,*
Receiver