# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC, et al.,<br><br>    Defendants. | Case No.  1:24-cv-01105-KES-SAB<br><br>ORDER GRANTING DEFENDANT DARIUS ASSEMI'S SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 139) |

Defendant Darius Assemi, individually and in his capacity as Trustee of the Amended and Restated Darius Assemi Revocable Trust, filed substitution of attorney forms substituting attorney Ali Mojdehi in place of attorneys Beth Ann R. Young and Richard P. Steelman Jr. (ECF No. 139.)  Accordingly, Ali Mojdehi is substituted as attorney of record for Defendant Darius Assemi, individually and in his capacity as Trustee of the Amended and Restated Darius Assemi Revocable Trust.  The Clerk of the Court is directed to terminate attorneys Beth Ann R. Young and Richard P. Steelman Jr. as counsel of record.

IT IS SO ORDERED.

Dated:  **May 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge