UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**ORDER AUTHORIZING RECEIVER DAVID P. STAPLETON TO (1) RESOLVE GROWER APPEALS, AND (2) MAKE THIRD INTERIM DISBURSEMENT**<br><br>(Doc. 202) |

Upon due consideration of the Notice of Proposed Action of Receiver to (1) Resolve Grower Appeals, and (2) Make Third Interim Disbursement, Doc. 202 (the "Notice"),[1] filed and served pursuant to paragraph 39 of the Receivership Order (defined below), and in the absence of any responses thereto, the Court hereby finds that:

    A.    On September 28, 2024, the Court entered an Order Appointing Receiver in the above-captioned matter at Doc. 32 (the "Receivership Order").

    B.    The Receivership Order permits the Receiver to expend the Receivership Property and proceeds thereof for specified authorized purposes, but otherwise provides that the Receiver is not permitted to disburse funds in his possession to creditors without further order of the Court.

    C.    The Receiver has established reasonable, good and sufficient cause for entering into and consummating the Grower Settlement Agreements with each of the Objecting Growers.

    D.    After considering the Reserves set forth in the Notice, Plaintiff has a priority right to receive funds comprising the proposed Third Interim Disbursement, which constitute the proceeds of the sale of certain pistachio crop delivered to Touchstone, Touchstone's real property, and certain of Touchstone's personal property.

    E.    The Receiver has established reasonable and adequate Reserves of Cash On Hand for other potential liabilities and expenses as set forth in the Notice, including for amounts alleged to be owed to Panoche-Beck-Nili, OMT Pistachios, LP, and the Fresno County Tax Collector.

    F.    Good cause otherwise exists to enter an order authorizing the Receiver to make the Third Interim Disbursement as set forth in the Notice.

///

///

///

///

///

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Notice.

Having found the foregoing,

**IT IS ORDERED:**

1. The Receiver is authorized to enter into and consummate the Grower Settlement Agreements attached to the Notice as Exhibit 2.

2. The Receiver is authorized to make the Third Interim Disbursement in the amount of $31,971,569 as follows:

- $319,269.18 of 2024 crop inventory proceeds to Costamagna, pursuant to the Grower Settlement Agreement with Costamagna;
- $17,000 of 2024 crop inventory proceeds to the Malakan Growers, pursuant to the Grower Settlement Agreement with the Malakan Growers; and
- $31,635,299 to Plaintiff, on account of its senior priority liens, consisting of:
    - $379,148 of 2022 crop inventory proceeds;
    - $3,344,029 of 2023 crop inventory proceeds;
    - $2,333 of 2024 crop inventory proceeds; and
    - $27,909,789 of proceeds from the Terra Bella Sale.

3. The Receiver is further authorized to establish the Reserves as set forth in the Notice.

4. The Receiver is further authorized to take all actions the Receiver deems necessary or appropriate to effectuate the relief granted in this Order.

IT IS SO ORDERED.

Dated: June 2, 2025

_____
UNITED STATES DISTRICT JUDGE