UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>Defendants. | No. 1:24-cv-01105-KES-SAB<br><br>**ORDER AUTHORIZING PROPOSED ACTION OF RECEIVER REGARDING FIFTH INTERIM DISBURSEMENT**<br><br>Doc. 214 |

Upon due consideration of Receiver David P. Stapleton's *Notice of Proposed Action of Receiver Regarding Fifth Interim Disbursement* (the "Notice"),[1] filed and served pursuant to paragraph 39 of the Receivership Order (defined below), and in the absence of any responses thereto, the Court hereby finds that:

A. On September 28, 2024, the Court entered an Order Appointing Receiver in the above-captioned matter at Dkt. 32 (the "Receivership Order").

B. The Receivership Order permits the Receiver to expend the Receivership Property and proceeds thereof for specified authorized purposes, but otherwise provides that the Receiver is not permitted to disburse funds in his possession to creditors without further order of the Court.

C. The Receiver previously established and the Court found that Plaintiff has a priority right under applicable law to receive funds comprising the proposed Fifth Interim Disbursement, which constitute the proceeds of the sale of certain Receivership Property in which Plaintiff has a senior secured interest.

D. The Receiver has established reasonable and adequate Reserves of Cash On Hand for other potential liabilities and expenses as set forth in the Notice.

E. Good cause exists to enter an order authorizing the Receiver to make the Fifth Interim Disbursement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Notice.

Having found the foregoing,

**IT IS ORDERED:**

1. The Receiver is authorized to make the Fifth Interim Disbursement to Plaintiff in the amount of $2,153,488, consisting of $478,043 of 2023 crop inventory proceeds, $690,445 of 2024 crop inventory proceeds, and $985,000 of proceeds from the Terra Bella Sale.

2. The Receiver is further authorized to establish the Reserves as set forth in the Notice.

3. The Receiver is further authorized to take all actions the Receiver deems necessary or appropriate to effectuate the relief granted in this Order.

IT IS SO ORDERED.

Dated:   June 17, 2025

UNITED STATES DISTRICT JUDGE