# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> TOUCHSTONE PISTACHIO COMPANY, LLC, et al., <br><br> Defendants. | Case No. 1:24-cv-01105-KES-SAB <br><br> ORDER GRANTING CERTAIN DEFENDANTS' SUBSTITUTION OF ATTORNEY <br><br> (ECF No. 234) |

Defendants ACAP Farms, LLC, ACDF, LLC, Adams Grantor Land, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Favier Ranch, LLC, FFGT Farms, LLC, Gradon Farms, LLC, Grantland Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Manning Avenue Pistachios, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, Sageberry Farms, LLC, Touchstone Pistachio Company, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC, and Winston Farms, LLC (collectively, the "Defendants") filed a substitution of attorney form substituting attorney Riley C. Walter of Wanger Jones Helsey PC in place of attorney Jane Kim of Keller Benvenutti Kim LLP. (ECF No. 234.)

///

///

///

///

///

Accordingly, Riley C. Walter is substituted as attorney of record for the Defendants named herein. The Clerk of the Court is directed to terminate attorney Jane Kim as counsel of record.

IT IS SO ORDERED.

Dated: **August 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge