**MCDERMOTT WILL & SCHULTE LLP**
ROBERT BARTON
rbarton@mwe.com
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:   +1 310 277 4110
Facsimile:   +1 310 277 4730

MICHAEL S. NADEL
mnadel@mwe.com
500 North Capitol Street, N.W.
Washington, DC 20001-1531
Telephone:   +1 202 756 8113

Attorneys for Defendants
Touchstone Pistachio Company, LLC; Maricopa Orchards, LLC; C & A Farms, LLC; ACDF, LLC; Cantua Orchards, LLC; Lincoln Grantor Farms, LLC; Panoche Pistachios, LLC; Adams Grantor Land, LLC; Granville Farms, LLC; Sageberry Farms, LLC; Gradon Farms, LLC; Manning Avenue Pistachios, LLC; Assemi and Sons, Inc.; Winston Farms, LLC; FFGT Farms, LLC; Favier Ranch, LLC; Grantland Farms, LLC; Whitesbridge Farms, LLC; ACAP Farms, LLC; Bear Flag Farms, LLC; Copper Avenue Investments, LLC; and Willow Avenue Investments, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC, et al.<br><br>Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**NOTICE OF CHANGE OF LAW FIRM NAME** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MCDERMOTT WILL & EMERY LLP has changed its name to:

**MCDERMOTT WILL & SCHULTE LLP**

All future references to the firm should reflect this name change. There has been no change in business address or representation of Defendants Touchstone Pistachio Company, LLC; Maricopa Orchards, LLC; C & A Farms, LLC; ACDF, LLC; Cantua Orchards, LLC; Lincoln Grantor Farms, LLC; Panoche Pistachios, LLC; Adams Grantor Land, LLC; Granville Farms, LLC; Sageberry Farms, LLC; Gradon Farms, LLC; Manning Avenue Pistachios, LLC; Assemi and Sons, Inc.; Winston Farms, LLC; FFGT Farms, LLC; Favier Ranch, LLC; Grantland Farms, LLC; Whitesbridge Farms, LLC; ACAP Farms, LLC; Bear Flag Farms, LLC; Copper Avenue Investments, LLC; and Willow Avenue Investments, LLC.

Dated: August 26, 2025                    Respectfully submitted,

**MCDERMOTT WILL & SCHULTE LLP**

By:   /s/ *Robert C. Barton*
      ROBERT C. BARTON
      MICHAEL S. NADEL

Attorneys for Defendants
Touchstone Pistachio Company, LLC; Maricopa Orchards, LLC; C & A Farms, LLC; ACDF, LLC; Cantua Orchards, LLC; Lincoln Grantor Farms, LLC; Panoche Pistachios, LLC; Adams Grantor Land, LLC; Granville Farms, LLC; Sageberry Farms, LLC; Gradon Farms, LLC; Manning Avenue Pistachios, LLC; Assemi and Sons, Inc.; Winston Farms, LLC; FFGT Farms, LLC; Favier Ranch, LLC; Grantland Farms, LLC; Whitesbridge Farms, LLC; ACAP Farms, LLC; Bear Flag Farms, LLC; Copper Avenue Investments, LLC; and Willow Avenue Investments, LLC