JOSEPH R. DUNN (State Bar No. 238069)
jdunn@cov.com
JULIA PHILIPS ROTH (State Bar No. 324987)
jphilipsroth@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Counsel for Receiver
DAVID P. STAPLETON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**PROOF OF SERVICE**<br><br>Action Filed:  September 17, 2024 |

1  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Covington & Burling LLP, 1999 Avenue of the Stars, Los Angeles, CA 90067.

On August 29, 2025, I served the document described as:

- **NOTICE OF PROPOSED ACTION OF RECEIVER REGARDING SIXTH INTERIM DISBURSEMENT**

by (1) causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system, and (2) by placing true and correct copies thereof in a sealed envelope in the United States mail, first class, postage prepaid, to the address(es) below:

|  | Mailing Address(es) |
|---|---|
| 915 Farms | 915 Farms<br>P.O. Box 26540<br>Fresno, CA 93729 |
| ABC Farms Inc | ABC Farms Inc<br>1060 Eileen Way<br>Sacramento, CA 95831 |
| A&H Investments, LLC | A&H Investments, LLC<br>5260 N Palm Ave, Suite 421,<br>Mail Stop M<br>Fresno, CA 93704 |
| A & T Romero | A & T Romero<br>10212 Road 264<br>Terra Bella, CA 93270 |
| Abdul Hanifi | Abdul Hanifi<br>5260 N Palm Ave., Suite 421,<br>Mail Stop M<br>Fresno, CA 93704 |
| Ahmad Emami | Ahmad Emami<br>5260 N. Palm Ave., Suite 421,<br>Mail stop M<br>Fresno, CA 93704 |
| Avellar-Moore Farms LP | Avellar-Moore Farms LP<br>466 W Fallbrook Ave, Suite 107<br>Fresno, CA 93711 |
| Beck Family Orchards, LLC | Beck Family Orchards, LLC<br>1306 W Herndon Ave, Ste 101<br>Fresno, CA 93711 |
| BHT Management, LLC | BHT Management, LLC<br>P.O. Box 15503<br>San Luis Obispo, CA 93406 |

|  | Mailing Address(es) |
|---|---|
| BTV Crown Farms LLC | BTV Crown Farms LLC<br>7393 Road 208<br>Terra Bella, CA 93270 |
| Chad Crivelli | Chad Crivelli<br>13985 Palm<br>Dos Palos, CA 93620 |
| DJ Farms | DJ Farms<br>1155 W. Shaw Ave, Suite 101<br>Fresno, CA 93711 |
| Dumar, LLC | Dumar, LLC<br>P.O. Box 738<br>Coalinga, CA 93210 |
| Eddie Brooks-Velasquez | Eddie Brooks-Velasquez<br>25555 Ave 76<br>Terra Bella, CA 93270 |
| Etchegaray Farms, LLC | Etchegaray Farms, LLC<br>PO Box 964<br>Visalia, CA 93279 |
| Gold Leaf Farming - GLF11 Davis Ave, LLC | Gold Leaf Farming - GLF11 Davis Ave, LLC<br>P.O. Box 5076<br>Modesto, CA 95352 |
| Gold Leaf Farming - GLF13 Roosevelt Rd, LLC | Gold Leaf Farming - GLF13 Roosevelt Rd, LLC<br>P.O. Box 5076<br>Modesto, CA 95352 |
| Gold Leaf Farming - GLF16 Vista Rd, LLC | Gold Leaf Farming - GLF16 Vista Rd, LLC<br>P.O. Box 5076<br>Modesto, CA 95352 |
| Gold Leaf Farming - GLF20 Lake Ave, LLC | Gold Leaf Farming - GLF20 Lake Ave, LLC<br>PO Box 5076<br>Modesto, CA 95352 |
| Gold Leaf Farming - GLF22 El Dorado Ave, LLC | Gold Leaf Farming - GLF22 El Dorado Ave, LLC<br>PO Box 5076<br>Modesto, CA 95352 |
| Golden R, Inc. | Golden R, Inc.<br>12000 S. Crocker Road<br>Stockton, CA 95205 |
| Goldstar Investment Group, LLC | Goldstar Investment Group, LLC<br>5260 N Palm Ave, Suite 421,<br>Mail Stop M<br>Fresno, CA 93704 |
| GV Farms-Panoche-Emami-Hanifi 3441 TIC | GV Farms-Panoche-Emami-Hanifi 3441 TIC<br>1306 W Herndon Ave. STE 101<br>Fresno, CA 93711 |

|  | Mailing Address(es) |
|---|---|
| Islamic Cultural Center of Fresno | Islamic Cultural Center of Fresno<br>5260 N. Palm Ave., Suite 421,<br>Mail Stop A<br>Fresno, CA 93704 |
| JP Farms | JP Farms<br>1155 W. Shaw Avenue, Suite 101<br>Fresno, CA 93711 |
| Kamm South, LLC | Kamm South, LLC<br>5260 N Palm Ave, Suite 421,<br>Mail Stop M<br>Fresno, CA 93704 |
| KMS Pistachios LLC | KMS Pistachios LLC<br>5319 University Dr., #124<br>Irvine, CA 92612 |
| K & V Ranch | K & V Ranch<br>P. O. Box 6834<br>Visalia, CA 93290 |
| Macias Ranch Dinuba, LLC | Macias Ranch Dinuba, LLC<br>7115 N. Chestnut Ave #101<br>Fresno, CA 93720 |
| Malakan Investment, LLC | H. Ty Kharazi, A Professional Law Corporation<br>1009 East Grand Avenue<br>Arroyo Grande, CA 93420<br><br>Malakan Investment, LLC<br>1334 W. Herndon Ave.<br>Fresno, CA 93711 |
| Mark Trinkle | Mark Trinkle<br>2394 Avenue 376<br>Kingsburg, CA 93631 |
| Mauricio Macias | Mauricio Macias<br>7304 S Placer Ave<br>San Joaquin, CA 93660 |
| Mercy Refugees House | Mercy Refugees House<br>13455 94th Place NE<br>Kirkland, WA 98034 |
| Michelle R Thompson | Michelle R Thompson<br>5588 N. Palm Ave<br>Fresno, CA 93704 |

|  | Mailing Address(es) |
|---|---|
| Millennium Acquisitions, LLC | H. Ty Kharazi, A Professional Law Corporation<br>1009 East Grand Avenue<br>Arroyo Grande, CA 93420<br><br>Millennium Acquisitions, LLC<br>2491 W Shaw Avenue, Suite 123<br>Fresno, CA 93711 |
| MP Farms | MP Farms<br>1155 W Shaw, Suite 101<br>Fresno, CA 93711 |
| Naginder Bains | Naginder Bains<br>6215 S. George Washington Blvd.<br>Yuba City, CA 95953 |
| Nili Holdings, LLC | Nili Holdings, LLC<br>5260 N. Palm Ave., Suite 421, Mail Stop M,<br>Fresno, CA 93704<br><br>Nili Holdings, LLC<br>c/o Mindy Nili, 21 Rockrose<br>Aliso Viejo, CA 92656 |
| Olam Farming, Inc | Whitney, Thompson & Jeffcoach, LLP<br>Attn: Paul Gaus<br>970 W. Alluvial Avenue<br>Fresno, CA 93711<br><br>Olam Farming, Inc<br>205 E River Park Circle, Suite 310<br>Fresno, CA 93720 |
| OMT Pistachio LP | OMT Pistachio LP<br>5588 N. Palm Ave<br>Fresno, CA 93704 |
| Panoche-Beck-Nili 2611 TIC | Panoche-Beck-Nili 2611 TIC<br>1306 W Herndon Ave. STE 101<br>Fresno, CA 93711 |
| Pistache, LLC | Pistache, LLC<br>P.O. Box 738<br>Coalinga, CA 93210 |
| Premiere Agricultural Properties, LLC | Premiere Agricultural Properties, LLC<br>5250 N Palm Ave. #401<br>Fresno, CA 93704 |
| R&R Family Holdings LLC | R&R Family Holdings LLC<br>2063 Frascati Dr<br>El Dorado Hills, CA 95762 |
| Richard Lopez Farms | Richard Lopez Farms<br>Post Office Box 373<br>Biola, CA 93606 |

|  | Mailing Address(es) |
|---|---|
| Rosalio F. Barraza | Rosalio F. Barraza<br>5016 Winter Pasture Ave<br>Bakersfield, CA 93313 |
| Roxana Farm Holdings, LLC | Roxana Farm Holdings, LLC<br>17530 Ventura Blvd., Suite 105<br>Encino, CA 91316 |
| S & K Ranch | S & K Ranch<br>PO Box 2034<br>Rockville, MD 20847 |
| Salehi Farms | Salehi Farms<br>525 N. Greenview Ct.<br>Visalia, CA 93291 |
| SKDD Ranch | SKDD Ranch<br>P.O. Box 2034<br>Rockville, MD 20847 |
| Sol Aureus Farms | Sol Aureus Farms<br>PO Box 5300<br>Paso Robles, CA 93447 |
| Terra Bella Ranch, LLC | H. Ty Kharazi, A Professional Law Corporation<br>1009 East Grand Avenue<br>Arroyo Grande, CA 93420<br><br>Terra Bella Ranch, LLC<br>1334 W. Herndon Ave.<br>Fresno, CA 93711 |
| Torbat Farm, LLC | Torbat Farm, LLC<br>17530 Ventura Blvd., Suite 105<br>Encino, CA 91316 |
| Triple F Ranch | Triple F Ranch<br>6520 7th Ave<br>Hanford, CA 93230 |
| US Horticulture Farmland, LLC | US Horticulture Farmland, LLC<br>5250 N Palm Ave, Suite 401<br>Fresno, CA 93704 |
| Varoojan & Monica Mirzayan | Varoojan & Monica Mirzayan<br>10741 N Maple Ave.<br>Fresno, CA 93730 |

from Covington & Burling LLP at 1999 Avenue of the Stars, Los Angeles, California.

1  Executed on **August 29, 2025** at Los Angeles, California.

2  X    Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Charlene Hong | |
|---|---|
| Print Name | Signature |