JOSEPH R. DUNN (State Bar No. 238069)
jdunn@cov.com
JULIA PHILIPS ROTH (State Bar No. 324987)
jphilipsroth@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Counsel for Receiver
DAVID P. STAPLETON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>        Plaintiff,<br>vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br>        Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**CERTIFICATION OF NO OBJECTION REGARDING PROPOSED ACTION OF RECEIVER REGARDING SIXTH INTERIM DISBURSEMENT**<br><br>(Doc. 237)<br><br>Action Filed: September 17, 2024 |

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1. On August 29, 2025, David P. Stapleton, the duly appointed receiver in this action (the "Receiver") filed and served the *Notice of Proposed Action of Receiver Regarding Sixth Interim Disbursement* [Dkt. 237] (the "Notice of Proposed Action").

2. As set forth in the Notice of Proposed Action, pursuant to paragraph 39 of the order appointing the Receiver [Dkt. 32] (the "Receivership Order"), objections or other responses to the Notice of Proposed Action were required to be filed and served no later than seven (7) days after filing of the Notice of Proposed Action (i.e., September 5, 2025) (the "Objection Deadline").

3. The Objection Deadline has passed, and (i) no objection or other response has been served on the Receiver and (ii) there is no objection, responsive pleading, or request for a hearing with respect to the Notice of Proposed Action on the docket. Accordingly, pursuant to paragraph 39 of the Receivership order, this Court may enter the proposed order attached to the Notice of Proposed Action as **Exhibit 1** without need for a hearing.

DATED: September 8, 2025

By: */s/ Joseph R. Dunn*

Joseph R. Dunn (State Bar No. 238069)
jdunn@cov.com

Counsel for Receiver
DAVID P. STAPLETON