UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**ORDER AUTHORIZING PROPOSED ACTION OF RECEIVER REGARDING SIXTH INTERIM DISBURSEMENT**<br><br>Action Filed: September 17, 2024 |

Upon due consideration of Receiver David P. Stapleton's *Notice of Proposed Action of Receiver Regarding Sixth Interim Disbursement* (the "Notice"),[1] filed and served pursuant to paragraph 39 of the Receivership Order (defined below), and in the absence of any responses thereto, the Court hereby finds that:

A. On September 28, 2024, the Court entered an Order Appointing Receiver in the above-captioned matter at Dkt. 32 (the "Receivership Order").

B. The Receivership Order permits the Receiver to expend the Receivership Property and proceeds thereof for specified authorized purposes, but otherwise provides that the Receiver is not permitted to disburse funds in his possession to creditors without further order of the Court.

C. The Receiver previously established and the Court found that Plaintiff has a priority right under applicable law to receive funds comprising the proposed Sixth Interim Disbursement, which constitute the proceeds of certain Receivership Property in which Plaintiff has a senior secured interest.

D. The Receiver has established reasonable and adequate Reserves of Cash On Hand for other potential liabilities and expenses as set forth in the Notice.

E. Good cause exists to enter an order authorizing the Receiver to make the Sixth Interim Disbursement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Notice.

Having found the foregoing,

**IT IS ORDERED:**

1. The Receiver is authorized to make the Sixth Interim Disbursement to Plaintiff in the amount of $3,097,371, consisting of $678,790 of 2023 crop inventory proceeds, $750,000 of proceeds from the Terra Bella Sale, $1,575,657 of Excluded Asset Proceeds, and $92,924 of the AGI Proceeds.

2. The Receiver is further authorized to establish the Reserves as set forth in the Notice.

3. The Receiver is further authorized to take all actions the Receiver deems necessary or appropriate to effectuate the relief granted in this Order.

IT IS SO ORDERED.

Dated: September 12, 2025

UNITED STATES DISTRICT JUDGE