# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: OCTOBER 10, 2025** |

On September 17, 2024, Plaintiff commenced this action, which has been related to several cases. (ECF No. 1.) An initial scheduling conference is set for October 28, 2025. (ECF No. 192.) Generally, the Court will hold an initial scheduling conference only where all parties have appeared and all defendants have answered. Given the complex nature of this lawsuit, the Court will direct the parties to explain whether an initial scheduling conference would be appropriate at this time.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that **on or before October 10, 2025**, the parties shall file a joint status report indicating whether they are prepared to hold the initial scheduling conference and/or whether the scheduling conference should be continued for good cause.

In addition, the Court notes that it appears that "Receiver David P. Stapleton" is listed twice on the docket as a defendant; however, David P. Stapleton is also—correctly—listed as a Receiver as well. In order to clean up the docket, the Court DIRECTS the Clerk to terminate both entries of "Receiver David P. Stapleton" as a "defendant."

IT IS SO ORDERED.

Dated:   **October 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge