UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION**<br><br>Action Filed: September 17, 2024 |

1. On September 17, 2024, Plaintiff U.S. BANK NATIONAL ASSOCIATION ("U.S. Bank") filed this action against Defendants TOUCHSTONE PISTACHIO COMPANY, LLC ("Touchstone"); FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC (sic); WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; and ASSEMI BROTHERS, LLC (excluding Touchstone, the "Guarantor Defendants").

2. U.S. Bank asserted various claims against Touchstone, including (a) Breach of Loan Agreements; (b) Breach of Forbearance Agreement; (c) Judicial Foreclosure; (d) Specific Performance and Appointment of Receiver; (e) Injunctive Relief; and (f) Replevin. *See* Dkt. 1.

3. U.S. Bank asserted various claims against the Guarantor Defendants, including (a) Breach of Forbearance Agreement; (b) Breach of Written Guaranty; and (c) Injunctive Relief. Dkt. 1. On December 16, 2024, the Guarantor Defendants filed their answer, including affirmative defenses. Dkt. 79.

4. On September 30, 2024, the Court entered a Stipulation appointing David Stapleton as Receiver over Touchstone and preliminarily enjoining Defendants from interfering with the actions of the Receiver. Dkt. 32.

5. The Receiver liquidated Touchstone's property and made distributions to U.S. Bank and Touchstone's other secured creditors. The amounts of the distributions U.S. Bank received through the Receiver's actions were less than the amounts U.S. Bank alleged were due and owing in the Complaint, leaving an alleged deficiency that U.S. Bank seeks to satisfy through its claims against the Guarantor Defendants. The Guarantor Defendants dispute U.S. Bank's

claims and deny any liability, including with respect to expenses associated with the receivership. U.S. Bank's claims against the Guarantor Defendants, and the Guarantor Defendants' denials and defenses thereto, remain at issue in this case.

6. On September 22, 2025, the Court entered an order approving the Receiver's final report and authorizing the Receiver to conduct certain wind-down tasks in advance of discharge, among other things. Dkt. 248.

7. On October 6, 2025, the Court entered an order requiring the parties to file a Status Report regarding readiness for a Scheduling Conference. Dkt. 250.

8. The parties have met and conferred, and agree to stay this action, subject to Court approval, to allow the parties additional time to resolve some of the complex legal and financial issues in this and related lawsuits. The parties agree that, under the circumstances of this case, efforts should be made to resolve matters out of Court, so as to conserve judicial and party resources.

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. This action shall be STAYED.

2. On or before February 13, 2026, the parties shall file a Joint Status Report, advising the Court as to whether the stay should remain in force for an additional period or whether active litigation should resume.

3. This Stipulation is not intended to affect, and does not affect, any or all of the parties' rights, claims, and defenses that exist as of the date of this Stipulation, all rights with respect to which are reserved.

IT IS SO STIPULATED.

DATED October 10, 2025          DAVIS WRIGHT TREMAINE LLP

By: */s/ John D. Freed*
　　　John D. Freed
　　　Mark Anishchenko

Attorneys for Plaintiff U.S. BANK, National Association

| | | |
|---|---|---|
| 1 | DATED October 10, 2025 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. |
| 2 | | |
| 3 | | By: /s/ Richard P. Steelman, Jr.<br>Beth Ann R. Young<br>Richard P. Steelman, Jr. |
| 4 | | Attorneys for Defendants Ashlan & Hayes Investments, LLC; Assemi Brothers, LLC; Melissa Layne, as Trustee of the Farshid and Sonia Assemi 2010 Grantor Trust, dated December 30, 2010; Neema Assemi, as Trustee of the Farid Assemi 2010 Grantor Trust, dated December 30, 2010; Farid Assemi, as Trustee of the Farshid Assemi 1997 Ranch Trust dated June 30, 1997; Farid Assemi, individually; Farid Assemi, as Trustee of the Amended and Restated Farid Assemi Revocable Trust, dated January 24, 2007; Farshid Assemi, Co-trustee of the Farid Assemi 1997 Ranch Trust dated June 30, 1997; Neema Assemi, Co-trustee of the Farid Assemi 1997 Ranch Trust dated June 30, 1997; Farshid Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007; Sonia Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007; Farshid Assemi, individually |
| 15 | DATED October 10, 2025 | MOJDEHI GALVIN REGO LLP |
| 16 | | |
| 17 | | By: /s/ Ali M. Mojdehi<br>Ali M. Mojdehi |
| 18 | | Attorneys for Defendants Darius Assemi and Darius Assemi, as Trustee of the Amended and Restated Darius Assemi Revocable Trust |
| 19 | | |
| 20 | DATED October 10, 2025 | WANGER JONES HELSLEY PC |
| 21 | | By: /s/ Riley C. Walter<br>Riley C. Walter<br>Ian Quinn |
| 22 | | |
| 23 | | Attorneys for Defendants Touchstone Pistachio Company, LLC, ACAP Farms, LLC, ACDF, LLC, Adams Grantor Land, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Cooper Avenue Investments, LLC, Favier Ranch, LLC, FFGT Farms, LLC, Gradon Farms, LLC, Grantland Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Manning Avenue Pistachios, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, Sageberry Farms, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC, and Winston Farms, LLC |

**[PROPOSED] ORDER STAYING ACTION**

Presently before the Court is a Stipulation to Stay Action. Good cause appearing, the Court GRANTS the Stipulation as follows:

1. This action is STAYED.
2. On or before February 13, 2026, the parties shall file a Joint Status Report, advising the Court as to whether the stay should remain in force for an additional period or whether active litigation should resume.

**IT IS SO ORDERED.**

Date: _____

                                            JUDGE STANLEY A. BOONE
                                            United States Magistrate Judge