# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No. 1:24-cv-01105-KES-SAB |
| Plaintiff, | ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |
| v. | |
| TOUCHSTONE PISTACHIO COMPANY, LLC, et al., | |
| Defendants. | |

On October 6, 2025, the Court directed the parties to file a joint status report regarding whether they were prepared to hold the initial scheduling conference in this matter. (ECF No. 250.) The parties timely complied and requested that the Court impose a stay and require a status report in roughly 120 days. At this time, the Court declines to impose formal stay and will, instead, continue the initial scheduling conference. For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to March 3, 2026, at 1:30 p.m.

IT IS SO ORDERED.

Dated: **October 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge