# EXHIBIT A

## DECLARATION OF CUSTODIAN OF RECORDS OF
## ASSEMI GROUP, INC.

I, the undersigned, declare:

1. I am the duly authorized custodian of the business records of Assemi Group, Inc. ("AGI"), an affiliate of Touchstone Pistachio Company, LLC ("TPC").

2. I make this declaration in connection with the agreement (the "Agreement") between AGI and TPC, on the one hand, and David P. Stapleton, in his capacity as Receiver of the assets and operations of TPC (the "Receiver"), in that certain litigation entitled *U.S. Bank, N.A. v. Touchstone Pistachio Co., LLC*, Case No. 24-cv-01105-KES-SAB (the "Action"), pending in the U.S. District Court for the Eastern District of California (the "Court"), on the other hand, dated as of November 3, 2025.

3. I understand that under the Agreement, AGI has agreed to maintain certain business records of TPC (the "TPC Records"), including the business records of AGI relating to TPC (the "AGI Records," together with the TPC Records, the "Records"), until such time as AGI is relieved of that obligation by contract or by the Court.

4. I understand that the purpose of the Agreement is to preserve all electronic and hard copy Records in AGI's possession, custody or control, including all Records that are transferred to AGI's possession, custody or control by the Receiver, notwithstanding closure of the receivership estate in the Action.

5. I represent and warrant that I will maintain and preserve all such Records unless and until relieved of that obligation by contract or the Court.

6. The Records are located and will remain at AGI's offices at 5260 N. Palm Ave., Suite 421, Fresno, CA 93704.

7. In the event that I or AGI intend to move any Records to a different location, or destroy any Records, I will provide sixty (60) days' notice of that proposed action by filing a notice on the docket of this Action (to the extent this Action remains open) and serving the same on all known creditors of TPC.

8. Upon closure of the Action, unless the Court orders otherwise, I will maintain the Records in accordance with TPC's and AGI's respective requirements under applicable law, but in any event until at least the later of (i) two (2) years from the Effective Date of this Agreement and (ii) one (1) year after the closure of the Action.

9. I will provide reasonable access to any and all electronic or hardcopy Records upon request of the Receiver, U.S. Bank, N.A. (plaintiff in the Action), and any person otherwise entitled to receive access, including as may be ordered by the Court.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on __November 3__, 2025 at Fresno, California.

Assemi Group, Inc.

By: _____
Name: Mark Myers
Title: Chief Information Officer