JOSEPH R. DUNN (State Bar No. 238069)
jdunn@cov.com
JULIA PHILIPS ROTH (State Bar No. 324987)
jphilipsroth@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Counsel for Receiver
DAVID P. STAPLETON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br>　　　　　　Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**PROOF OF SERVICE**<br><br>Action Filed: September 17, 2024 |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Covington & Burling LLP, 1999 Avenue of the Stars, Los Angeles, CA 90067.

On this day, I served the document described as:

- **FINAL DECLARATION OF DAVID P. STAPLETON, RECEIVER, REGARDING (1) COMPLETION OF WIND-DOWN TASKS, (2) FINAL DISBURSEMENTS OF CASH ON HAND, AND (3) CLOSING RECEIVERSHIP CASE**

by causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system, from Covington & Burling LLP at 1999 Avenue of the Stars, Los Angeles, California.

Executed on **November 26, 2025** at Los Angeles, California.

| X | Federal | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |

Maria Gelabert
Print Name

*[Signature]*
Signature