JOHN D. FREED (State Bar No. 261518)
  *jakefreed@dwt.com*
MARK A. ANISHCHENKO (State Bar No. 340324)
  *markanishchenko@dwt.com*
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Tel: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>                Plaintiff,<br><br>    vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>                Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**JOINT STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE**<br><br>**Date:  March 3, 2026**<br>**Time: 1:30 p.m.**<br>**Courtroom: 9** |

Pursuant to the Court's October 16, 2025 Order Continuing Initial Scheduling Conference (Dkt. No. 252), the Parties respectfully submit this joint status report regarding readiness for the March 3, 2026, Initial Scheduling Conference.

1. The Parties have met and conferred regarding their respective readiness for the March 3, 2026, Initial Scheduling Conference.

2. The Parties agree that because the receivership instituted in this matter has only recently dissolved, as well as the complex nature of this lawsuit and the significant number of the parties involved, the Parties would benefit from additional time to explore out-of-court resolution before setting a case schedule.

3. Additionally, the Parties have engaged in preliminary settlement discussions and are continuing to explore whether a mutual resolution of this Action is feasible.

4. To preserve judicial resources, and to permit the parties to devote their resources and time to exploring settlement, the Parties respectfully request that the Court continue the March 3, 2026, Initial Scheduling Conference by roughly hundred-twenty (120) days, subject to the Court's availability.

5. The Parties agree to submit a Joint Status Report two weeks in advance of the Initial Scheduling Conference setting forth the status of their settlement negotiations and detailing any agreement regarding proposed trial dates, deadlines, and procedures.

DATED: February 20, 2026                    DAVIS WRIGHT TREMAINE LLP

                                            By: */s/ John D. Freed*
                                                John D. Freed
                                            Attorneys for Plaintiff
                                            U.S. BANK, NATIONAL ASSOCIATION

| | | |
|---|---|---|
| 1 | DATED: February 20, 2026 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. |
| 2 | | |
| 3 | | By: */s/ Beth Ann R. Young*<br>       Beth Ann R. Young |

Attorneys for Defendants Melissa Layne, as Trustee of the Farshid and Sonia Assemi 2010 Grantor Trust, dated December 30, 2010; Neema Assemi, as Trustee of the Farid Assemi 2010 Grantor Trust, dated December 30, 2010; Farid Assemi, as Trustee of the Farshid Assemi 1997 Ranch Trust dated June 30, 1997; Farid Assemi, individually; Farid Assemi, as Trustee of the Amended and Restated Farid Assemi Revocable Trust, dated January 24, 2007; Farshid Assemi, Co-trustee of the Farid Assemi 1997 Ranch Trust dated June 30, 1997; Neema Assemi, Co-trustee of the Farid Assemi 1997 Ranch Trust dated June 30, 1997; Farshid Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007; Sonia Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007; Farshid Assemi, individually

DATED: February 20, 2026            MOJDEHI GALVIN REGO LLP

By: */s/ Ali M. Mojdehi*
       Ali M. Mojdehi

Attorneys for Defendants Darius Assemi and Darius Assemi, as Trustee of the Amended and Restated Darius Assemi Revocable Trust

DATED: February 20, 2026            WANGER JONES HELSLEY PC

By: */s/ Ian J. Quinn*
       Ian J. Quinn

Attorneys for Defendants ACAP Farms, LLC, ACDF, LLC, Adams Grantor Land, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Favier Ranch, LLC, FFGT Farms, LLC, Gradon Farms, LLC, Grantland Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Manning Avenue Pistachios, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, Sageberry Farms, LLC, Touchstone Pistachio Company, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC, and Winston Farms, LLC