# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 256) |

On February 20, 2026, the parties file a status report indicating that they have stipulated to continue the initial scheduling conference by 120 days. For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to July 16, 2026, at 1:30 p.m.

IT IS SO ORDERED.

Dated: __**February 23, 2026**__

STANLEY A. BOONE
United States Magistrate Judge