JOHN D. FREED (State Bar No. 261518)
 *jakefreed@dwt.com*
MARK A. ANISHCHENKO (State Bar No. 340324)
*markanishchenko@dwt.com*
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Tel: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>                         Plaintiff,<br><br>        vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>                         Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**JOINT STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE**<br><br> **Date:  July 16, 2026**<br>**Time: 1:30 p.m.**<br>**Courtroom: 9** |

Pursuant to the Court's February 23, 2026, Order Continuing Initial Scheduling Conference (Dkt. No. 257), the Parties respectfully submit this Joint Status Report regarding their readiness for the July 16, 2026, Initial Scheduling Conference.

1.    On February 20, 2026, the Parties filed a Joint Status Report requesting the Court continue the Initial Scheduling Conference for approximately one-hundred and twenty (120) days to permit the Parties to devote their resources and time towards exploring settlement.

2.    The Parties agreed to submit a Joint Status Report two weeks in advance of the July 16, 2026, Initial Scheduling Conference setting forth the status of their settlement negotiations and detailing any agreement regarding proposed trial dates, deadlines, and procedures.

3.    The Parties have engaged in significant settlement negotiations since the Court's February 2026 Order, and believe they are making progress towards an out-of-court resolution.

4.    To preserve judicial resources, and to permit the Parties to devote their resources and time towards a settlement push, the Parties respectfully request that the Court grant a final continuance of the July 16, 2026, Initial Scheduling Conference and issue an order continuing the Conference by roughly sixty (60) days, subject to the Court's availability.

5.    The Parties agree this shall be their final request to continue the Initial Scheduling Conference.  The Parties further agree to submit a Joint Status Report two weeks in advance of the Initial Scheduling Conference detailing any agreement regarding proposed trial dates, deadlines, and procedures.

DATED: July 9, 2026                    DAVIS WRIGHT TREMAINE LLP


                                       By:*/s/ John D. Freed*
                                           John D. Freed
                                       Attorneys for Plaintiff
                                       U.S. BANK, NATIONAL ASSOCIATION

DATED: July 8, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Beth Ann R. Young*
　　　　Beth Ann R. Young

Attorneys for Defendants Melissa Layne, as Trustee of the Farshid and Sonia Assemi 2010 Grantor Trust, dated December 30, 2010; Neema Assemi, as Trustee of the Farid Assemi 2010 Grantor Trust, dated December 30, 2010; Farid Assemi, as Trustee of the Farshid Assemi 1997 Ranch Trust dated June 30, 1997; Farid Assemi, individually; Farid Assemi, as Trustee of the Amended and Restated Farid Assemi Revocable Trust, dated January 24, 2007; Farshid Assemi, Co-trustee of the Farid Assemi 1997 Ranch Trust dated June 30, 1997; Neema Assemi, Co-trustee of the Farid Assemi 1997 Ranch Trust dated June 30, 1997; Farshid Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007; Sonia Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007; Farshid Assemi, individually

DATED: July 8, 2026

MOJDEHI GALVIN REGO LLP

By: */s/ Ali M. Mojdehi*
　　　　Ali M. Mojdehi

Attorneys for Defendants Darius Assemi and Darius Assemi, as Trustee of the Amended and Restated Darius Assemi Revocable Trust

DATED: July 8, 2026

WANGER JONES HELSLEY PC

By: */s/ Ian J. Quinn*
　　　　Ian J. Quinn

Attorneys for Defendants ACAP Farms, LLC, ACDF, LLC, Adams Grantor Land, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Favier Ranch, LLC, FFGT Farms, LLC, Gradon Farms, LLC, Grantland Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Manning Avenue Pistachios, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, Sageberry Farms, LLC, Touchstone Pistachio Company, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC, and Winston Farms, LLC