# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC, et al.,<br><br>Defendants. | Case No.  1:24-cv-01105-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 258) |

On July 9, 2026, the parties file a status report indicating that they have stipulated to continue the initial scheduling conference by 60 days.  For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to **September 22, 2026, at 9:30 a.m**.

IT IS SO ORDERED.

Dated:   **July 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge