JOHN D. FREED (State Bar No. 261518)
*jakefreed@dwt.com*
MARK A. ANISHCHENKO (State Bar No. 340324)
*markanishchenko@dwt.com*
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Tel: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC; FARSHID ASSEMI; FARID ASSEMI; DARIUS ASSEMI; NEEMA ASSEMI; MELISSA LAYNE; SONIA ROSEMARY ASSEMI; MARICOPA ORCHARDS, LLC; C&A FARMS, LLC; ACDF, LLC; CANTUA ORCHARDS, LLC; LINCOLN GRANTOR FARMS, LLC; PANOCHE PISTACHIOS, LLC; ADAMS GRANTOR LAND, LLC; GRANVILLE FARMS, LLC; SAGEBERRY FARMS, LLC; GRADON FARMS, LLC; MANNING AVENUE PISTACHIOS, LLC; ASSEMI AND SONS, INC.; WINSTON FARMS, LLC; FFGT FARMS, LLC; FAVIER RANCH, LLC; GRANTLAND FARMS, LLC; WHITESBRIDGE FARMS, LLC; ACAP FARMS, LLC; BEAR FLAG FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; ASHLAN & HAYES INVESTMENTS, LLC; ASSEMI BROTHERS, LLC,<br><br>Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY ACTION PENDING PERFORMANCE OF SETTLEMENT AGREEMENT**<br><br>**Date: September 22, 2026**<br>**Time: 1:30 p.m.**<br>**Courtroom: 9** |

Pursuant to the Court's July 14, 2026, Order Continuing Initial Scheduling Conference (Dkt. No. 259), the Parties respectfully submit this Notice of Settlement and Joint Request to Stay the Action in advance of the September 22, 2026, Initial Scheduling Conference.

1. On July 9, 2026, the Parties filed a Joint Status Report requesting the Court continue the Initial Scheduling Conference for approximately sixty (60) days to permit the Parties to devote their resources and time towards exploring settlement.

2. The Parties agreed that their July 9, 2026, request to continue the Initial Scheduling Conference would be their final such request.

3. The Parties further agreed to submit a Joint Status Report two weeks in advance of the September 22, 2026, Initial Scheduling Conference setting forth the status of their settlement negotiations and detailing any agreement regarding proposed trial dates, deadlines, and procedures.

4. The Parties have reached a global settlement of this matter, resolving all claims as to all parties. The Parties have agreed to keep the terms of their settlement confidential. For the Court's reference, the settlement agreement provides an outside performance deadline of August 31, 2027. Accordingly, the Parties jointly request that the Court issue a stay of this action to allow the Parties to fully perform the settlement agreement. The Parties further request that the Court schedule a Settlement Status Conference for September 2027.

DATED: September 8, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ John D. Freed*
John D. Freed

Attorneys for Plaintiff
U.S. BANK, NATIONAL ASSOCIATION

DATED: September 8, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Beth Ann R. Young*
Beth Ann R. Young

Attorneys for Defendants Melissa Layne, as Trustee of the Farshid and Sonia Assemi 2010 Grantor Trust, dated December 30, 2010; Neema Assemi, as Trustee of the Farid Assemi 2010 Grantor Trust, dated December 30, 2010; Farid Assemi, as Trustee of the Farshid Assemi 1997 Ranch Trust dated June 30, 1997; Farid Assemi, individually; Farid Assemi, as Trustee of the Amended and Restated Farid Assemi Revocable Trust, dated January 24, 2007; Farshid Assemi, Co-trustee of the Farid Assemi 1997 Ranch Trust dated June 30, 1997; Neema Assemi, Co-trustee of the Farid Assemi 1997 Ranch Trust dated June 30, 1997; Farshid Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007; Sonia Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007; Farshid Assemi, individually

DATED: September 8, 2026

MOJDEHI GALVIN REGO LLP

By: */s/ Ali M. Mojdehi*
Ali M. Mojdehi

Attorneys for Defendants Darius Assemi and Darius Assemi, as Trustee of the Amended and Restated Darius Assemi Revocable Trust

DATED: September 8, 2026

WANGER JONES HELSLEY PC

By: */s/ Ian J. Quinn*
Ian J. Quinn

Attorneys for Defendants ACAP Farms, LLC, ACDF, LLC, Adams Grantor Land, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Favier Ranch, LLC, FFGT Farms, LLC, Gradon Farms, LLC, Grantland Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Manning Avenue Pistachios, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, Sageberry Farms, LLC, Touchstone Pistachio Company, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC, and Winston Farms, LLC