# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>TOUCHSTONE PISTACHIO COMPANY, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01105-KES-SAB<br><br>ORDER GRANTING REQUEST TO STAY ACTION PENDING PERFORMANCE OF SETTLEMENT AGREEMENT AND DIRECTING PARTIES TO FILE STATUS REPORT<br><br>(ECF No. 260)<br><br>**SEPTEMBER 15, 2027 DEADLINE** |

On September 8, 2026, the parties filed a joint status report indicating that they have reached a global settlement. (ECF No. 260.) Due to the complexity of this case, the parties request that the Court stay this matter to allow the parties to fully perform the settlement agreement. Upon due consideration, the Court GRANTS the request and ORDERS that:

1. This action is STAYED pending further order of the Court; all pending matters and dates in this action are VACATED;

2. The parties shall file a status report regarding the status of the settlement by **September 15, 2027**. If not concurrently filed, the Court expects the parties to discuss the timeline of the filing of dispositional documents; and

/ / /

/ / /

/ / /

3. Any request for an extension of this stay shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **September 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge